# IN THE UNITED STATES
# COURT OF INTERNATIONAL TRADE

CAMEL GROUP CO., LTD.,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*;

    *Defendants*.

Case No.: 25-00022

---

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

---

**COMPLAINT EXHIBIT INDEX**

| Exhibit No. | Full Document Name | Document Referred To As |
|---|---|---|
| Exhibit 1 | *Notice Regarding the Uyghur Forced Labor Prevention Act Entity List*, 88 Fed. Reg. 50902, 50904 (Aug. 2, 2023) | "Listing Decision" |
| Exhibit 2 | Camel Group – FLETF Email Communication Records from August 2023 to July 2024 | "Exhibit 2" or "Camel-FLETF Communications" |
| Exhibit 3 | Laura T. Murphy, Kendyl Salcito, and Nyrola Elimä, "Financing & Genocide: Development Finance and the Crisis in the Uyghur Region," Sheffield Hallam University Helena Kennedy Centre for International Justice, Atlantic Council, DFRLab, and NomoGaia, February 2022, available at https://www.shu.ac.uk/helena-kennedy-centre-international-justice/research-and-projects/all-projects/financing-and-genocide. | "SHU Feb. 2022 Report" |
| Exhibit 4 | Laura Murphy, Kendyl Salcito, Yalkun Uluyol, Miak Rabkin, and an anonymous team of authors, "Driving Force: Automotive Supply Chains and Forced Labor in the Uyghur Region," Sheffield Hallam University Helena Kennedy Centre for International Justic, NomoGia, December 2022, available at  https://www.shu.ac.uk/helena-kennedy-centre-international-justice/research-and-projects/all-projects/driving-force. | "SHU Dec. 2022 Report" |
| Exhibit 5 | Sheffield Hallam University Helena Kennedy Centre for International Justice, "Products Made with Forced Labor in the Uyghur Region," Evidence Briefs, Issue Brief No. 3, May 2023, available at https://www.shu.ac.uk/-/media/home/research/helena-kennedy-centre/projects/evidence-briefs/shu-brief-3-products-made-with-forced-labor-in-the-uyghur-region.pdf | "SHU May 2023 Report" |
| Exhibit 6 | November 7, 2023 Camel Group Petition and Request for Removal from the UFLPA Entity List | "Removal Petition" or "Petition" |
| Exhibit 7 | LI Neng, "Toksun County holds the handover ceremony for the urban and rural surplus labor enterprises in Kashgar and Hotan areas" (托克逊县举行喀什、和田地区城乡富余劳动力企业上岗交接仪式), Toksun Public Employment Service Center (托克逊就业服务中心) (formerly Public Employment Bureau of Toksun County) Official WeChat Account, WeChat (Tencent), July 10, 2017, available at | "WeChat Article" |

| | | |
|---|---|---|
| | https://archive.ph/nC4Xt; and https://mp.weixin.qq.com/s?src=11&timestamp=1626799213&ver=3202&signature=UdXHio*A4s-X8WUB4*k5KWO4TT-d2*ZwQoR4TlkWSmWPLsrYT8sexrkYontyqNU*rmZoZmpE1Oukuy3Dsw*8RwS2-YJfLWl7dKK-kx5sVFDBrPoeruSl7PyNAcI3qvic&new=1 | |
| Exhibit 8 | Camel Email Communication Records with CBP and CEE from February 2023 to September 2023 | "Camel-CBP Records" or "Exhibit 8" |
| Exhibit 9 | July 14, 2023 Decision Letter from CBP Port Director to Camel Energy, Inc. | "July 14th Letter" or "Exhibit 9" |
| Exhibit 10 | September 13, 2023 Email and Decision from CBP to Camel Energy, Inc. | "Sept. 13th Decision" or "Exhibit 10" |
| Exhibit 11 | Freedom of Information Act ("FOIA") Request No. 2023-HQFO-02158 and submission records | "FOIA Request" |
| Exhibit 12 | August 30, 2023 Letter from Camel Group to the FLETF | "Aug. 30th Letter" |
| Exhibit 13 | Yaxin Net (亚心网), "Toksun County, Xinjiang holds a handover ceremony for surplus labor entities" (新疆托克逊县举行富余劳动力企业上岗交接仪式), Sina News Network (新浪新闻), July 12, 2017, available at https://news.sina.com.cn/o/2017-07-12/doc-ifyhwehx572486.shtml | "Sina Article" |
| Exhibit 14 | December 21, 2023 Letter from Camel Group to the FLETF | "Dec. 21st Letter" or "Exhibit 14" |
| Exhibit 15 | December 14, 2023 FLETF Questions Regarding Camel Group's Removal Petition | "FLETF Questions" |
| Exhibit 16 | December 20, 2023 Email from DHS Privacy Office Regarding Camel's FOIA Request | "Dec. 20th Email" or "Exhibit 16" |
| Exhibit 17 | March 1, 2024 Camel Group Responses to FLETF Questions | "Camel Group Responses" or "Responses" |

| Exhibit 18 | FLETF "Listening Session" Meeting Agenda | "FLETF Meeting Agenda" |
|---|---|---|
| Exhibit 19 | FLETF "Listening Session" Meeting Protocols | "FLETF Meeting Protocols" |
| Exhibit 20 | April 5, 2024 Letter from Camel Group to the FLETF | "April 5th Letter" |
| Exhibit 21 | May 16, 2024 Letter from Camel Group to the FLETF | "May 16th Letter" |
| Exhibit 22 | May 24, 2024 Letter from FLETF to Camel Group | "May 24th Letter" |
| Exhibit 23 | July 9, 2024 FLETF Decision Regarding Camel Group's Removal Petition | "July 9th Removal Decision" |