# IN THE UNITED STATES
# COURT OF INTERNATIONAL TRADE

CAMEL GROUP CO., LTD.,

   *Plaintiff*,

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his
official capacity as the Secretary of the
Department of Homeland Security*;
TROY A. MILLER, *in his official
capacity as the Senior Official Performing
the Duties of the Commissioner for
U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity
as Under Secretary for Office of Strategy,
Policy, and Plans and Chair of the Forced
Labor Enforcement Task Force*;

   *Defendants*.

Case No.:  25-00022

---

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

---

## EXHIBIT 2 - CAMEL-FLETF COMMUNICATIONS

## Jacob L. Clark

| | |
|---|---|
| **From:** | FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov> |
| **Sent:** | Tuesday, July 9, 2024 1:31 PM |
| **To:** | Jacob L. Clark |
| **Cc:** | Hezi Wang; Mark V. Heusel; FLETF UFLPA Entity List |
| **Subject:** | RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Meeting Follow Up |
| **Attachments:** | FLETF Chair Letter to Camel Group.pdf |

Good afternoon,

Attached is the FLETF's decision on Camel Group Co., Ltd.'s request for removal from the UFLPA Entity List.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** FLETF UFLPA Entity List
**Sent:** Friday, May 24, 2024 3:31 PM
**To:** Jacob L. Clark
**Cc:** Hezi Wang ; Mark V. Heusel ; FLETF UFLPA Entity List
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Meeting Follow Up

Good afternoon,

Please see the attached response from the FLETF.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** FLETF UFLPA Entity List
**Sent:** Friday, May 17, 2024 3:36 PM
**To:** Jacob L. Clark
**Cc:** Hezi Wang ; FLETF UFLPA Entity List ; Mark V. Heusel
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Meeting Follow Up

Good afternoon,

The FLETF has received your email. Camel Group's removal request is currently under consideration by the FLETF. The FLETF intends to provide Camel Group additional information about the basis for its inclusion on the UFLPA Entity List by COB Friday, May 24, 2024.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** Jacob L. Clark
**Sent:** Thursday, May 16, 2024 3:10 PM
**To:** FLETF UFLPA Entity List
**Cc:** Hezi Wang ; Mark V. Heusel
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Meeting Follow Up

Good afternoon,

Please see attached letter from Mark Heusel on behalf of Camel Group. We would appreciate the Task Force's immediate attention and response. Thank you.

Sincerely,

Jake



**Jacob L. Clark**
Associate Attorney
O:734-623-1624
JLClark@dickinson-wright.com

350 S. Main Street, Suite 300, Ann Arbor MI, 48104

---

**From:** Jacob L. Clark
**Sent:** Friday, May 3, 2024 4:02 PM
**To:** FLETF UFLPA Entity List ; Mark V. Heusel
**Cc:** Hezi Wang
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Meeting Follow Up
**Importance:** High

Hello,

We are writing to follow up after Camel's April 2, 2024 Removal Request Petition Meeting with representatives of the FLETF. It has been one month since the conclusion of that meeting, and we have not received any updates or responses from the Task Force. Please provide us with your expectation on when the Task Force may vote on Camel's Removal Petition as well as any further updates at your earliest convenience. Thank you.

Sincerely,

Jake

**From:** Jacob L. Clark
**Sent:** Friday, April 5, 2024 2:07 PM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>; Mark V. Heusel <MHeusel@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Meeting Follow Up

Good afternoon,

Attached, please find a letter from Mark Heusel on behalf of Camel Group Co. Ltd. Please let me know if you have any questions. Thank you.

Sincerely,

Jake

---

**From:** Jacob L. Clark
**Sent:** Friday, March 22, 2024 4:24 PM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>; Mark V. Heusel <MHeusel@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Camel Group Responses to FLETF Questions

Thank you for your message. This is received.

Per the Task Force's instructions, below is a list of attendees for Camel for the meeting on April 2nd:

| Name | Position | Email |
|------|----------|-------|
| Zubo Zhang | President, Camel Energy, Inc. | zhangzubo@camelenergyus.com |
| Mark Heusel | Partner, Dickinson Wright PLLC | MHeusel@dickinson-wright.com |
| Jacob Clark | Associate, Dickinson Wright PLLC | JLClark@dickinson-wright.com |

We intend to be in the same room while participating in the meeting, but please feel free to distribute the meeting link to each participate. Thank you.

Sincerely,

Jake

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Friday, March 22, 2024 1:59 PM
**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Camel Group Responses to FLETF Questions

Good afternoon, Thank you for your email. The FLETF has agreed to meet via MS Teams on Tuesday, April 2, 2024 1:00 pm – 2:00 pm EDT. Please provide Camel's participant list to include names, titles, and emails by close of business Tuesday, March 26, 2024. We will then send the ca

Good afternoon,

Thank you for your email. The FLETF has agreed to meet via MS Teams on Tuesday, April 2, 2024 1:00 pm – 2:00 pm EDT. Please provide Camel's participant list to include names, titles, and emails by close of business Tuesday, March 26, 2024. We will then send the calendar invite with an MS Teams link.

Attached are meeting protocols and an agenda. We welcome any feedback or concerns regarding the protocols and agenda by close of business, Tuesday, March 26, 2024.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Sent:** Friday, March 15, 2024 5:41 PM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>; Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Camel Group Responses to FLETF Questions

Thank you for your communication. The date and time (April 2, 2024 at 1 pm) is convenient for the Camel team. We will follow up next week with our participants. Teams will also be workable. You may go ahead and confirm with a calendar invitation and/or link for the meeting.

We look forward to the opportunity to discuss this matter.

Regards,



**Mark V. Heusel**

Practice Group Chair -
Intl & Regional Practices
O: 734-623-1908
C: 734-730-1758

MHeusel@dickinson-wright.com

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Friday, March 15, 2024 2:35 PM
**To:** Jacob L. Clark <JLClark@dickinson-wright.com>; Mark V. Heusel <MHeusel@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Camel Group Responses to FLETF Questions

Good afternoon, We are following up to inform you that the FLETF has agreed to Camel's request for a meeting. Based on FLETF members' schedules, the FLETF would like to propose Tuesday, April 2 from 1:00pm – 2:00pm EDT as the date and time fora virtual meeting. Please advise if t

Good afternoon,

We are following up to inform you that the FLETF has agreed to Camel's request for a meeting. Based on FLETF members' schedules, the FLETF would like to propose Tuesday, April 2 from 1:00pm – 2:00pm EDT as the date and time for a virtual meeting. Please advise if that date and time works for Camel. If not, we will attempt to identify alternate dates and times. We also ask that you identify the individuals who will participate in the meeting on behalf of Camel. Upon determining a date and time for the meeting, we will follow up with a calendar invitation to include the MS Teams link, as well as an agenda for the meeting.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Wednesday, March 6, 2024 3:40 PM
**To:** Jacob L. Clark <JLClark@dickinson-wright.com>; Mark V. Heusel <MHeusel@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Camel Group Responses to FLETF Questions

Good afternoon,

We are confirming receipt of your response to the FLETF's questions (a total of 12 attachments). We are aware that Camel has requested a meeting with the FLETF, and will convey that request to FLETF Members for their consideration.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Sent:** Tuesday, March 5, 2024 10:20 AM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>; Mark V. Heusel <MHeusel@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Camel Group Responses to FLETF

Questions
**Importance:** High

Good Morning,

I just wanted to follow up on Camel Group's submission from last week (3/1) and our call this morning to confirm whether the FLETF is in receipt of Camel Group's responses and attachments. Please let us know i) if the Task Force has received Camel Group's responses and attachments; ii) if you have any technical issues with the materials; and iii) if you have any issues or require further information. Thank you.

Sincerely,

Jake



**Jacob L. Clark**
Associate Attorney
O: 734-623-1624
JLClark@dickinson-wright.com

---

**From:** Jacob L. Clark
**Sent:** Friday, March 1, 2024 2:57 PM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>; Mark V. Heusel <MHeusel@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition - Camel Group Responses to FLETF Questions
**Importance:** High

Hello,

Thank you again for the FLETF's questions in response to Camel Group Co. Ltd.'s (Camel Group's) petition for removal from the UFLPA Entity List. Attached, please find Camel Group's responses to the FLETF's questions, a list of attachments in support of Camel Group's responses, and a .zip folder containing separate PDF documents of each attachment in support of Camel Group's responses. Please let me know if you have any questions or encounter any issues.

Thank you.

Sincerely,

Jake

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Wednesday, January 31, 2024 9:44 AM
**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)

Good morning, Thank you for your letter in response to the FLETF's questions regarding Camel Group Co. Ltd.'s (Camel Group's) request for removal from the UFLPA Entity List. The FLETF welcomes Camel Group's responses to the

questions it chooses to answer.

Good morning,

Thank you for your letter in response to the FLETF's questions regarding Camel Group Co. Ltd.'s (Camel Group's) request for removal from the UFLPA Entity List. The FLETF welcomes Camel Group's responses to the questions it chooses to answer. The FLETF will consider any and all information Camel Group provides to assess Camel Group's UFLPA Entity List removal request. Consistent with the parameters set forth in the Federal Register Notice, upon completing review of Camel Group's responses to the FLETF's questions, the FLETF will work with Camel Group to set up a virtual meeting.

Regarding your question on Laura Murphy's position with the U.S. Department of Homeland Security (DHS), she is serving as Policy Advisor for the DHS Office of Strategy, Policy, and Plans.

With respect to your FOIA request, we recommend that you continue to engage directly with the DHS Privacy Office on this matter.

We look forward to receiving your response to the FLETF's questions.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Sent:** Thursday, December 21, 2023 4:58 PM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>; Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)

Good afternoon, attached is a letter addressed to the Task Force.

Thank you.

**Mark V. Heusel** Practice Group Chair - Intl & Regional Practices

350 S. Main Street        Phone   734-623-1908
Suite 300
Ann Arbor MI 48104        Mobile  734-730-1758

                          Fax      844-670-6009

                          Email    MHeusel@dickinsonwright.com



**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Thursday, December 14, 2023 4:16 PM
**To:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Hezi Wang <HWang@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** RE: EXTERNAL: RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)

UNCLASSIFIED // BUSINESS CONFIDENTIAL

Good afternoon,

As the next step in the Forced Labor Enforcement Task Force's (FLETF) review of Camel Group Co. Ltd. (Camel Group) removal request, the FLETF requests responses to the attached list of clarifying questions. Your answers will assist the FLETF in its consideration of Camel Group's removal request. We ask that you provide your responses to FLETF.UFLPA.ENTITYLIST@hq.dhs.gov.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Friday, December 8, 2023 3:25 PM
**To:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Hezi Wang <HWang@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** RE: EXTERNAL: RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)

Good afternoon,

We are still processing the questions, however we expect to have them to you by no later than the end of next week (December 15).

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Sent:** Monday, December 4, 2023 10:02 AM

**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: EXTERNAL: RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)

Thank you for your response. Would it be possible to provide us with an estimated timeline of when Camel Group may expect to receive the FLETF's questions from DHS?

Sincerely,

Jake


**Jacob L. Clark** Associate Attorney

350 S. Main Street
Suite 300
Ann Arbor MI 48104

Phone  734-623-1624

Fax    844-670-6009

Email  JLClark@dickinsonwright.com



DICKINSON WRIGHT PLLC

ARIZONA CALIFORNIA COLORADO FLORIDA ILLINOIS KENTUCKY MICHIGAN
NEVADA OHIO TENNESSEE TEXAS WASHINGTON D.C. TORONTO

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Monday, December 4, 2023 9:17 AM
**To:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Hezi Wang <HWang@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** RE: EXTERNAL: RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)

Thank you for your message. The FLETF is reviewing Camel Group's removal request and intends to send clarifying questions. Once the FLETF's questions have been finalized, DHS will submit those questions to Camel Group.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Sent:** Wednesday, November 29, 2023 10:12 AM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: EXTERNAL: RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)

Good morning,

We wanted to check in on the status of our removal petition and whether there are any updates from the FLETF. Additionally, as we await a response, could you please let us know what we can expect for the next steps in this process?

We would like to make sure we are prepared so we can more efficiently respond to the questions/requests from the FLETF. Thank you and we look forward to your response.

Sincerely,

Jake


**Jacob L. Clark** Associate Attorney

350 S. Main Street          Phone   734-623-1624
Suite 300
Ann Arbor MI 48104          Fax      844-670-6009

Profile    V-Card           Email   JLClark@dickinsonwright.com


DICKINSON WRIGHT PLLC

ARIZONA CALIFORNIA COLORADO FLORIDA ILLINOIS KENTUCKY MICHIGAN
NEVADA OHIO TENNESSEE TEXAS WASHINGTON D.C. TORONTO

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Tuesday, November 7, 2023 3:35 PM
**To:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Hezi Wang <HWang@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** EXTERNAL: RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)

Good afternoon,

We have received your 5 emails. We have received the two enclosures in your first email and 31 exhibits in the following four emails (33 attachments total). We will follow up if there are any issues or concerns with the attachments.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Sent:** Tuesday, November 7, 2023 3:19 PM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Hezi Wang <HWang@dickinson-wright.com>
**Subject:** Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)
**Importance:** High

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello,

This is a continuation of Camel Group's Removal Petition submission. This .zip folder attached to this email contains Exhibits 23-31.

Sincerely,

Jake

ENCLOSURES
1. Exhibits 23-31

**Jacob L. Clark** Associate Attorney

350 S. Main Street          Phone  734-623-1624
Suite 300                        Fax      844-670-6009
Ann Arbor MI 48104        Email  JLClark@dickinsonwright.com



The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

## Jacob L. Clark

| | |
|---|---|
| **Subject:** | UFLPA Entity List Removal Request Meeting |
| **Location:** | MS Teams |
| **Start:** | Tue 4/2/2024 1:00 PM |
| **End:** | Tue 4/2/2024 2:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Organizer:** | FLETF UFLPA Entity List |

UFLPA Entity List Removal Request Meeting

This is the official calendar invite for the FLETF – Camel Group Co. Ltd. UFLPA Entity List removal request meeting. Please see the MS Teams link below. The MS Teams link will be opened a few minutes before the meeting. If you have any questions or concerns prior to the meeting, please reach out to us at TradePolicy@hq.dhs.gov.

AGENDA
Tuesday, April 2, 2024
1:00 pm – 2:00 pm EDT
    I.    Introductions (DHS, Camel – 5 minutes)
   II.    FLETF Opening Remarks and Review of Meeting Protocols (5 minutes)
        ➢                 , Deputy Assistant Secretary for Trade Policy and Economic Competition, U.S. Department of Homeland Security
  III.    Camel Presentation (45 minutes)
  IV.    Closing Remarks (5 minutes)

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

**Microsoft Teams** Need help?
## Join the meeting now

**Dial-in by phone**
+1 202-516-6093,,328009291# United States, Washington DC
Find a local number

For organizers: Meeting options | Reset dial-in PIN

 * * * * * U.S. Department of Homeland Security * * * * *

**Jacob L. Clark**

| | |
|---|---|
| **From:** | FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov> |
| **Sent:** | Tuesday, November 7, 2023 3:35 PM |
| **To:** | Jacob L. Clark |
| **Cc:** | Mark V. Heusel; Hezi Wang; FLETF UFLPA Entity List |
| **Subject:** | EXTERNAL: RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5) |

Good afternoon,

We have received your 5 emails. We have received the two enclosures in your first email and 31 exhibits in the following four emails (33 attachments total). We will follow up if there are any issues or concerns with the attachments.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** Jacob L. Clark
**Sent:** Tuesday, November 7, 2023 3:19 PM
**To:** FLETF UFLPA Entity List
**Cc:** Mark V. Heusel ; Hezi Wang
**Subject:** Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)
**Importance:** High

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello,

This is a continuation of Camel Group's Removal Petition submission. This .zip folder attached to this email contains Exhibits 23-31.

Sincerely,

Jake

<u>ENCLOSURES</u>
1. Exhibits 23-31

**Jacob L. Clark** Associate Attorney

350 S. Main Street        Phone 734-623-1624
Suite 300
                          Fax    844-670-6009

Ann Arbor MI 48104   Email   JLClark@dickinsonwright.com



The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

**Jacob L. Clark**

| | |
|---|---|
| **From:** | Jacob L. Clark |
| **Sent:** | Tuesday, November 7, 2023 3:19 PM |
| **To:** | FLETF UFLPA Entity List |
| **Cc:** | Mark V. Heusel; Hezi Wang |
| **Subject:** | Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5) |
| **Attachments:** | Camel Removal Petition - Exhibits 23-31.zip |

**Importance:**     High

Hello,

This is a continuation of Camel Group's Removal Petition submission. This .zip folder attached to this email contains Exhibits 23-31.

Sincerely,

Jake

<u>ENCLOSURES</u>
1.  Exhibits 23-31

**Jacob L. Clark**

| | |
|---|---|
| **From:** | Jacob L. Clark |
| **Sent:** | Tuesday, November 7, 2023 3:19 PM |
| **To:** | FLETF UFLPA Entity List |
| **Cc:** | Mark V. Heusel; Hezi Wang |
| **Subject:** | Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (4/5) |
| **Attachments:** | Camel Removal Petition - Exhibits 16-22.zip |
| | |
| **Importance:** | High |

Hello,

This is a continuation of Camel Group's Removal Petition submission. This .zip folder attached to this email contains Exhibits 16-22.

Sincerely,

Jake

<u>ENCLOSURES</u>
1. Exhibits 16-22

**Jacob L. Clark**

---

**From:**          Jacob L. Clark
**Sent:**          Tuesday, November 7, 2023 3:19 PM
**To:**            FLETF UFLPA Entity List
**Cc:**            Mark V. Heusel; Hezi Wang
**Subject:**       Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (3/5)
**Attachments:**   Camel Group Removal Petition - Exhibit 15.zip

**Importance:**    High

Hello,

This is a continuation of Camel Group's Removal Petition submission. This .zip folder attached to this email contains Exhibit 15.

Sincerely,

Jake

ENCLOSURES
1. Exhibit 15

**Jacob L. Clark**

| | |
|---|---|
| **From:** | Jacob L. Clark |
| **Sent:** | Tuesday, November 7, 2023 3:18 PM |
| **To:** | FLETF UFLPA Entity List |
| **Cc:** | Mark V. Heusel; Hezi Wang |
| **Subject:** | Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (2/5) |
| **Attachments:** | Camel Group Removal Petition - Exhibits 1-14.zip |

**Importance:**        High

Hello,

This is a continuation of Camel Group's Removal Petition submission. This .zip folder attached to this email contains Exhibits 1-14.

Sincerely,

Jake

<u>ENCLOSURES</u>
1. Exhibits 1-14

## Jacob L. Clark

**From:** Jacob L. Clark
**Sent:** Tuesday, November 7, 2023 3:18 PM
**To:** FLETF UFLPA Entity List
**Cc:** Mark V. Heusel; Hezi Wang
**Subject:** Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (1/5)
**Attachments:** Camel Group Removal Request Petition_FINAL.pdf; Exhibit List for Removal Request.pdf

**Importance:** High

Hello,

Pursuant to the instructions first published in the Aug. 4, 2022 Federal Register ("FR"), Camel Group Co. Ltd. ("Camel Group") hereby submits its formal removal petition request to the U.S. Forced Labor Enforcement Task Force seeking removal from the UFLPA Entity List. **Further pursuant to the FR, Camel Group also formally requests a meeting with the FLETF in regards to its removal petition.**

Because the petition and its exhibits are large documents, we will be sending you the petition and all exhibits in multiple emails. Attached to this email, please find Camel' Group's Removal Request Petition and List of Exhibits supporting its petition. The full, PDF versions of all exhibits will be sent shortly.

Should you have any questions, please do not hesitate to contact me. Thank you very much and we look forward to further engaging with the Task Force.

Sincerely,

Jake

ENCLOSURES
    1.  Camel Group Removal Request Petition
    2.  List of Exhibits

## Jacob L. Clark

| | |
|---|---|
| **From:** | FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov> |
| **Sent:** | Wednesday, October 25, 2023 11:40 AM |
| **To:** | Jacob L. Clark; FLETF UFLPA Entity List |
| **Cc:** | Mark V. Heusel |
| **Subject:** | RE: EXTERNAL: RE: Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter |

Dear Jake

Thank you for taking my call yesterday to discuss your questions. I've annotated the list below with summarized responses. We look forward to receiving the Camel's removal request in the next few weeks.

Sincere regards,


**Cynthia C. Echeverria**
Director, Trade Policy
Trade and Economic Security
DHS Office of Strategy, Policy, and Plans
Cell: (202) 938-6365
Email: Cynthia.Echeverria@hq.dhs.gov

---

**From:** Jacob L. Clark
**Sent:** Tuesday, October 17, 2023 11:30 AM
**To:** 'FLETF UFLPA Entity List'
**Cc:** Mark V. Heusel
**Subject:** RE: EXTERNAL: RE: Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter

Dear Director Echeverria,

Thank you again for speaking with us and facilitating a response to Mr. Heusel's letter last month.

Camel Group anticipates finalizing and submitting its removal petition and supporting documents soon. We understand per the Federal Register that removal requests should be submitted to this email. However, because our petition and supporting documents are rather large, we had several questions regarding submission we are hoping you may be able to assist with:

1. Does the FLETF prefer we submit the petition and supporting documents as a single PDF, or will separate documents suffice?
   Please submit as separate documents (i.e., the petition, and attachments as separate PDF documents.
2. What format, if any, does the FLETF prefer the petition and supporting documents be submitted as?
   a. While we intend to submit as much as possible as PDFs, we do have some other format documents as well
   PDFs and Excel work well. Please let us know if you may have other file types you are considering.
3. Our petition and supporting documents may be a large file that may not be able to send directly over email due to size limitations. Is there any large file sharing or other sending instructions or method the FLETF has when sending our complete removal package including supporting documents?
   Please send in a zip file or separate emails.
4. Will the FLETF require we send a physical, hard copy to its office? If so, what is the address?
   No hard copy is required.

5. Are there any other submission or formatting instructions we should be aware of before we submit?
   There are no other formatting instructions. Please provide information in English, or accompanied by an English translation.

If you'd prefer, I am available for a call to discuss at your convenience at (734)-623-1624. Thank you.

Sincerely,

Jake

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Thursday, September 7, 2023 3:58 PM
**To:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** EXTERNAL: RE: Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter

Dear Mr. Clark,

Thank you for transmitting the letter from Mr. Heusel. We acknowledge receipt of your email communication.

Per your request, our office will share Mr. Hansel's letter with the FLETF. As discussed, we ask that entities interested in removal from the UFLPA Entity List adhere to the process outlined in the Federal Register Notice, which was first published on August 4, 2022. From our last discussion on Friday, September 1, I understand that the Camel Group intends to submit a removal request. Upon receipt of a removal request, DHS will share the removal request with FLETF member agencies. Thereafter, DHS will convey the FLETF's questions or requests for information to the entity requesting removal.

Sincere regards,

**Cynthia C. Echeverria**
Director, Trade Policy
Trade and Economic Security
DHS Office of Strategy, Policy, and Plans

---

**From:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Sent:** Friday, September 1, 2023 9:08 AM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** RE: Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter
**Importance:** High

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello,

I am following up here. Please confirm receipt of our letter at your earliest convenience. Thank you.

Sincerely,

Jake

**Jacob L. Clark** Associate Attorney

350 S. Main Street
Suite 300
Ann Arbor MI 48104

Phone 734-623-1624

Fax    844-670-6009

Email  JLClark@dickinsonwright.com



DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  COLORADO  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN
NEVADA  OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** Jacob L. Clark
**Sent:** Wednesday, August 30, 2023 2:50 PM
**To:** 'FLETF.UFLPA.EntityList@hq.dhs.gov' <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Cc:** 'mheusel@dickinsonwright.com' <mheusel@dickinsonwright.com>
**Subject:** Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter
**Importance:** High

Dear Director Echeverria,

This is Jacob Clark from Dickinson Wright following up on my call from this morning. As mentioned in my message, attached, please find a letter from Mark Heusel on behalf of Camel Group Co. Ltd. I would emphasize that the attached letter is a formal communication on behalf of Camel Group and is not a request for removal at this point. Please review and let me know if you have any questions. If possible, we would appreciate if you could forward this letter to the Task Force, DHS Office of General Counsel, and any other agency or individual you feel would be in a position to best handle and respond to the inquiry.

If you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Jake

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

## Jacob L. Clark

| | |
|---|---|
| **From:** | Jacob L. Clark <JLClark@dickinson-wright.com> |
| **Sent:** | Monday, October 23, 2023 5:14 PM |
| **To:** | FLETF.UFLPA.EntityList@hq.dhs.gov |
| **Cc:** | Mark V. Heusel |
| **Subject:** | RE: EXTERNAL: RE: Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter |

Good afternoon,

I just wanted to follow up on my email from last week regarding removal petition submission instructions. As mentioned, Camel Group anticipates submitting its removal petition and supporting documents soon. Thank you.

Sincerely,

Jake

**Jacob L. Clark** Associate Attorney

350 S. Main Street
Suite 300
Ann Arbor MI 48104

Phone 734-623-1624
Fax 844-670-6009
Email JLClark@dickinsonwright.com

Profile    V-Card



DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  COLORADO  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN
NEVADA  OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** Jacob L. Clark
**Sent:** Tuesday, October 17, 2023 11:30 AM
**To:** 'FLETF UFLPA Entity List'
**Cc:** Mark V. Heusel
**Subject:** RE: EXTERNAL: RE: Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter

Dear Director Echeverria,

Thank you again for speaking with us and facilitating a response to Mr. Heusel's letter last month.

Camel Group anticipates finalizing and submitting its removal petition and supporting documents soon. We understand per the Federal Register that removal requests should be submitted to this email. However, because our petition and supporting documents are rather large, we had several questions regarding submission we are hoping you may be able to assist with:

1. Does the FLETF prefer we submit the petition and supporting documents as a single PDF, or will separate documents suffice?
2. What format, if any, does the FLETF prefer the petition and supporting documents be submitted as?
   a. While we intend to submit as much as possible as PDFs, we do have some other format documents as well
3. Our petition and supporting documents may be a large file that may not be able to send directly over email due to size limitations. Is there any large file sharing or other sending instructions or method the FLETF has when sending our complete removal package including supporting documents?
4. Will the FLETF require we send a physical, hard copy to its office? If so, what is the address?
5. Are there any other submission or formatting instructions we should be aware of before we submit?

If you'd prefer, I am available for a call to discuss at your convenience at (734)-623-1624. Thank you.

Sincerely,

Jake

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Thursday, September 7, 2023 3:58 PM
**To:** Jacob L. Clark <JLClark@dickinson-wright.com>

**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** EXTERNAL: RE: Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter

Dear Mr. Clark,

Thank you for transmitting the letter from Mr. Heusel. We acknowledge receipt of your email communication.

Per your request, our office will share Mr. Hansel's letter with the FLETF. As discussed, we ask that entities interested in removal from the UFLPA Entity List adhere to the process outlined in the Federal Register Notice, which was first published on August 4, 2022. From our last discussion on Friday, September 1, I understand that the Camel Group intends to submit a removal request. Upon receipt of a removal request, DHS will share the removal request with FLETF member agencies. Thereafter, DHS will convey the FLETF's questions or requests for information to the entity requesting removal.

Sincere regards,

**Cynthia C. Echeverria**
Director, Trade Policy
Trade and Economic Security
DHS Office of Strategy, Policy, and Plans

**From:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Sent:** Friday, September 1, 2023 9:08 AM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** RE: Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter
**Importance:** High

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello,

I am following up here. Please confirm receipt of our letter at your earliest convenience. Thank you.

Sincerely,
Jake

**Jacob L. Clark** Associate Attorney

| | | |
|---|---|---|
| 350 S. Main Street | Phone | 734-623-1624 |
| Suite 300 | Fax | 844-670-6009 |
| Ann Arbor MI 48104 | Email | JLClark@dickinsonwright.com |

Profile   V-Card

**DICKINSON WRIGHT** PLLC

ARIZONA  CALIFORNIA  COLORADO  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN
NEVADA  OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

**From:** Jacob L. Clark
**Sent:** Wednesday, August 30, 2023 2:50 PM
**To:** 'FLETF.UFLPA.EntityList@hq.dhs.gov' <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Cc:** 'mheusel@dickinsonwright.com' <mheusel@dickinsonwright.com>
**Subject:** Camel Group Co. Ltd. UFLPA Entity List Inquiry Letter
**Importance:** High

Dear Director Echeverria,

This is Jacob Clark from Dickinson Wright following up on my call from this morning. As mentioned in my message, attached, please find a letter from Mark Heusel on behalf of Camel Group Co. Ltd. I would emphasize that the attached letter is a formal communication on behalf of Camel Group and is not a request for removal at this point. Please review and let me know if you have any questions. If possible, we would appreciate if you could forward this letter to the Task Force, DHS Office of General Counsel, and any other agency or individual you feel would be in a position to best handle and respond to the inquiry.

If you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,
Jake


The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.


The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

## Jacob L. Clark

| | |
|---|---|
| **From:** | Jacob L. Clark |
| **Sent:** | Thursday, August 3, 2023 1:57 PM |
| **To:** | FLETF.UFLPA.EntityList@hq.dhs.gov |
| **Subject:** | UFLPA Entity List Information Request |
| | |
| **Importance:** | High |

Dear Director Echeverria,

My name is Jacob Clark and I am an associate attorney with the law firm Dickinson Wright PLLC. Recently, one of our client's was affected by the UFLPA Entity List. We are currently working with our client to address the concerns identified by the FLETF. However, the procedure for removal requests was recently released on June 12, 2023 and there has not been much guidance on this aspect of the law. I was wondering if it may be possible to speak to someone in your office or a staff member on the FLETF about some of the questions we have about the removal request process? Alternatively, I'd be happy to put together a list of questions if that would be easier.

Thank you very much and I look forward to hearing from you soon.

Sincerely,

Jake