# IN THE UNITED STATES
# COURT OF INTERNATIONAL TRADE

CAMEL GROUP CO., LTD.,

       *Plaintiff*,

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his
official capacity as the Secretary of the
Department of Homeland Security*;
TROY A. MILLER, *in his official
capacity as the Senior Official Performing
the Duties of the Commissioner for
U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity
as Under Secretary for Office of Strategy,
Policy, and Plans and Chair of the Forced
Labor Enforcement Task Force*;

       *Defendants*.

Case No.: 25-00022

---

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

---

## EXHIBIT 7 - WECHAT ARTICLE

archive.today
webpage capture

Saved from https://mp.weixin.qq.com/s?src=11&timestamp=1626799213&ver=3202&sign

All snapshots from host mp.weixin.qq.com

search

no other snapshots from this url

20 Jul 2021 16:41:31 UTC

Webpage    Screenshot

⊕ share    ⬇ download .zip    ☼ report bug or abuse    ♥ Buy me a coffee

## 【新闻】托克逊县举行喀什、和田地区城乡富余劳动力企业上岗交接仪式

托克逊就业服务    2017-07-10



Scan to Follow

按照自治区党委组织部、自治区人力资源和社会保障厅《喀什、和田地区城乡富余劳动力有组织转移就业三年规划（2017-2019年）》及吐鲁番市委政府下发的《2017年喀什、和田地区城乡富余劳动力有组织转移就业工作实施方案》文件精神，托克逊县结合第一批喀什、和田地区劳务输出人员特点，提供公益性岗位、固定资产投资项目岗位、纺织服装各类企业岗位共165个；进一步加喀什、和田务工人的政治素养和就业能力，从6月29日至7月8日在县技工学校开展封闭式岗前培训工作，制定丰富多彩的岗前培训计划，包括军训、专题讲座、唱红歌、学员讨论座谈、学双语等内容。

7月10日上午，在县技工学校举行喀什、和田地区城乡富余劳动力企业上岗交接仪式，托克逊县政府副县长夏拉帕提·吐尔逊，县人社局、发改委、商经委、住建局林业局、阿乐惠镇主要领导及华天瓷业、骆驼集团、绿翔管业、华帝服装、振坤物流、亿恒达、新创源、盛泰纺织等11家接收企业代表共300人参加此次上岗交接仪式。

活动伊始，由和田地区于田县务工人员再努热木·麦麦提力代表165名前来托克逊县务工人员发表了热情洋溢的演讲，她表示"很感谢党和县政府、县领导对他们的关心帮助，一定会珍惜这次来之不易的工作机会，努力工作赚钱，改变生活，坚定维护民族团结和祖国统一"；

随后，夏拉帕提·吐尔逊带领全体人员，面向国旗，庄严宣誓，维护祖国统一，忠于党、忠于祖国、忠于人民，坚决与"三股势力"作斗争，为国家安全、各民族团结、社会稳定和谐做出自己应有的贡献！同时，号召大家要擦亮眼睛，要像石榴籽那样紧紧抱在一起，珍惜来之不易的幸福生活。果断向宗教极端势力发声亮剑，以强烈的主人翁责任感和事业心，坚定不移地贯彻落实中央、自治区党委和市委关于维护社会稳定的决策部署，每个人要自觉的站在反对民族分裂、维护社会稳定的第一线，站稳立场、亮明态度，带头发声亮剑，主动、深刻揭批暴恐活动罪行，坚决与民族分裂分子作针锋相对的斗争。

最后一声令下，各企业代表按照顺序依次带领喀什、和田地区务工人员上车，前往企业上岗就业。

（撰写人：李能）



图一：喀什、和田地区城乡富余劳动力企业上岗交接仪式



图二：和田地区于田县务工人员再努热木·麦麦提力发言



图三：夏拉帕提·吐尔逊带领全体人员宣誓



图四：务工人员庄严宣誓



图五：接收企业带领务工员前往企业

**(UNOFFICIAL ENGLISH TRANSLATION)**

**Toksun County holds handover ceremony of the urban and rural surplus labor enterprises in Kashgar and Hotan areas**

Toksun Employment Service (WeChat Account) – July 10, 2017

In accordance with the "Three-Year Plan (2017-2019) for the Organized Transfer of Urban and Rural Surplus Labor in Kashgar and Hotan Areas" issued by the Organization Department of the Autonomous Region Party Committee and the Autonomous Region's Human Resources and Social Security Department, in the spirit of the "Implementation Plan for the Organized Transfer of Surplus Labor Forces in Urban and Rural Areas in Kashgar and Hotan Areas" issued by the Turpan Municipal Party Committee and Government, Toksun County, and taking into consideration the special characteristics of the first batch of workers/exported labor in Kashgar and Hotan, a total of 165 employment positions were created including publicwelfare jobs, fixed asset investment project jobs, and various textile and garment enterprises jobs. In order to further strengthen the political literacyand employability of migrant workers in Kashgar and Hotan, from June 29 to July 8, a closed-door pre-employment training was carried out in the county technical school, and a variety of pre-employment training plans were formulated, with content including military training, special lectures, singing Chinese patriotic songs, student discussion forums, and bilingual studies.

On the morning of July 10th, the handover ceremony for enterprises with surplus labor in urban and rural areas in Kashgar and Hotan was held at the county technical school. The deputy head of the Toksun County Government, the County Human Resources and Social Security Bureau, the Development and Reform Commission, the Commerce and Economic Commission, the Housing and Urban-rural Development Bureau, the Forestry Bureau, the main leaders of Alehui Town, as well as Huatian Porcelain Industry, Camel Group, Lvxiang Pipe Industry, Vantage Garment, Zhenkun Logistics, Yihengda, Xinchuangyuan, Shengtai Textile and other 11 receiving enterprises, a total of 300 people participated in the handover ceremony.

At the beginning of the event, the staff of Yutian County in Hotan, on behalf of the 165 workers who came to Toksun County, delivered an enthusiastic speech. She said, "I am very grateful to the Party and the county government, and the county leaders for their care and help, and I will definitely cherish this hard-won job opportunity, I will work hard to make money, change my life, and firmly safeguard national unity and the reunification of the motherland."

Subsequently, the deputy head of the Toksun County Government led all the staff to face the national flag and solemnly swear to maintain the unity of the motherland, be loyal to the Party, the motherland, and the people, and resolutely fight against the "three evil forces" for national security, national unity, and society, and make their due contributions to stability and harmony!  At the same time, they called on everyone to keep their eyes open,to hold each other close like pomegranate seeds, to cherish their hard-won happy life, resolutely speak out against religious extremist forces, and with a strong sense of ownership and professionalism, unswervingly implement the decisions and arrangements of the Central Committee, the Party Committee of the Autonomous Region and the Municipal Party Committee on maintaining social stability. Everyone should consciously stand on the front line of opposing ethnic separatism and maintaining social stability,

stand firm, show a clear attitude, take the lead, take the initiative, profoundly expose the crimes of violent and terrorist activities, and resolutely fight against ethnic separatists.

Under the last order, representatives of various enterprises led the Kashgar and Hotan workers to get on the bus in order and go to the enterprises to begin work.

## TRANSLATION CERTIFICATION AND DECLARATION

I, _Heji Wang_, hereby declare that I am familiar with both Chinese and English language and that, to the best of my knowledge and belief, the above is a full, true and faithful English translation of the Chinese language article entitled "Toksun County holds handover ceremony of the urban and rural surplus labor enterprises in Kashgar and Hotan areas" made by me for purposes of Camel Group Co. Ltd.'s Removal Petition.

Name: _Heji Wang_

Signature: _Clmr_

Date: _10/25/2023_