**IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE**

CAMEL GROUP CO., LTD.,

        *Plaintiff*,

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his
official capacity as the Secretary of the
Department of Homeland Security*;
TROY A. MILLER, *in his official
capacity as the Senior Official Performing
the Duties of the Commissioner for
U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity
as Under Secretary for Office of Strategy,
Policy, and Plans and Chair of the Forced
Labor Enforcement Task Force*;

        *Defendants*.

Case No.:　25-00022

---

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

---

**EXHIBIT 8 - CAMEL-CBP RECORDS**

---

| | |
|---|---|
| Subject: | RE: Detention Notices ███████████████ |
| Date: | 3/13/2023 12:53 PM |
| From: | ███████████████████████@CBP.DHS.GOV> |
| To: | "Hezi Wang" <HWang@dickinson-wright.com> |

Good afternoon,

I have received a response and can provide the following:

**Do you have any suggestions on how we can submit our response in a more efficient manner?** Information should be routed to uflpareviews@cbp.dhs.gov. The email subject line should start with UFLPA and include the entry number (I.E. UFLPA 123-456789)
Additionally, you may upload the documents to the CBP Documents Image System (DIS), via the importer's broker, in sections.   As a last resort you may send them to me to essentially use the previous methods. Having said that the former will be the most expedient and the latter, the least expedient, as I am often out of the office on other assignments.

**Does your office have an FTP site for us to upload the package?** Unfortunately no.  The email address referenced above acts as the official channel to convey documentation.  The document image system (DIS) is only an intermediate option from which CBP officers can download and subsequently email documentation to uflpareviews@cbp.dhs.gov.

**Do you have any suggestions on how to handle multiple notices?** Documentation must be provided for each detained importation**.**

Thank you,

███████████████

U.S. Customs and border Protection

███████████████████

---

**From:** Hezi Wang <HWang@dickinson-wright.com>
**Sent:** Monday, March 13, 2023 10:28 AM
**To:** ███████████████████@CBP.DHS.GOV>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** Detention Notices ███████████████

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Dear Officer ███████,

My name is Hezi Wang from Dickinson Wright PLLC. We represent our client Camel Energy Inc. in responding to two detention notices issued under UFLPA from your office.

We are finalizing our response for submission this week. We have two questions regarding the submission procedure and would appreciate it if you could please offer some insight on them.

1. Size of submission package – according to CBP's "Best Practices for Applicability Reviews: Importer Responsibilities," we must submit one complete package with all of the supporting documentation. However, the size of our submission package for one detention notice is over 100MB. We will have to split the package and send it in separate emails to you if we submit it via electronic mail. Do you have any suggestions on how we can submit our response in a more efficient manner? Does your office have an FTP site for us to upload the package?

2. Multiple Detentions – our client received ▮ detention notices under UFLPA in total. ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Do you have any suggestions on how to handle multiple notices? According to our clients, all of the merchandise detained are the same products and most of the supporting documentation will be the same.

Thanks for your time in advance. We appreciate your help.

**Hezi Wang** Legal Coordinator

350 S. Main Street
Suite 300
Ann Arbor MI 48104

Phone 248-205-5637
Fax     844-670-6009
Email   HWang@dickinsonwright.com



DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

Subject:  RE: EXTERNAL: RE: UFLPA Entry Number: ███████████

Date:  3/21/2023 11:22 AM

From:  ███████████████████████@CBP.DHS.GOV>

To:  "Hezi Wang" <HWang@dickinson-wright.com>

---

Good morning,

Unfortunately, I do not have enough data to formulate a usable answer.  Very few take the steps to refute the withhold release order.  To the best of my recollection, the response range for those that did refute the WRO has been between one and six weeks.

Thank you,

████████████

U.S. Customs and border Protection

████████████

---

**From:** Hezi Wang <HWang@dickinson-wright.com>
**Sent:** Tuesday, March 21, 2023 9:51 AM
**To:** ███████████████████@CBP.DHS.GOV>
**Subject:** RE: EXTERNAL: RE: UFLPA Entry Number: ████████████

Good morning Officer ███████,

I have a quick question. Based on your experience, how long would it take for CBP to complete review of the response to UFLPA Detentions and make decisions?

Thank you!

**Hezi Wang** Legal Coordinator

350 S. Main Street        Phone 248-205-5637
Suite 300                 Fax   844-670-6009
Ann Arbor MI 48104        Email HWang@dickinsonwright.com

DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** ███████████████████@CBP.DHS.GOV>
**Sent:** Friday, March 17, 2023 2:46 PM
**To:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: EXTERNAL: RE: UFLPA Entry Number: ████████████

Good afternoon,

I have managed to both of these document sets routed to the correct inbox.  If anything else is required, I will contact you.

Thank you,

███████████

U.S. Customs and border Protection

███████████

---

**From:** Hezi Wang <HWang@dickinson-wright.com>
**Sent:** Friday, March 17, 2023 1:33 PM
**To:** ██████████████████████ @CBP.DHS.GOV>
**Cc:** ██████████████████████ @cbp.dhs.gov>
**Subject:** RE: EXTERNAL: RE: UFLPA Entry Number: ███████████

Thank you so much!

We received the same delivery failure notification for ████████████  Would you mind sending our response package for this entry to the UFLPA address as well? I attach our email with response package again.

Appreciate your assistance on this matter.

**Hezi Wang** Legal Coordinator

350 S. Main Street       Phone 248-205-5637
Suite 300                Fax    844-670-6009
Ann Arbor MI 48104       Email  HWang@dickinsonwright.com

DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** ██████████████████████ @CBP.DHS.GOV>
**Sent:** Friday, March 17, 2023 2:24 PM
**To:** Hezi Wang <HWang@dickinson-wright.com>
**Cc:** ██████████████████████ @cbp.dhs.gov>
**Subject:** RE: EXTERNAL: RE: UFLPA Entry Number: ███████████

Good afternoon,

I just sent the attachments in separate emails to the UFLPA address.  I will confirm if they were delivered or rejected.

Thank you,



U.S. Customs and border Protection

██████████████

---

**From:** Hezi Wang <HWang@dickinson-wright.com>
**Sent:** Friday, March 17, 2023 12:58 PM
**To:** ████████████████ @CBP.DHS.GOV>
**Cc:** ████████████ @cbp.dhs.gov>
**Subject:** RE: EXTERNAL: RE: UFLPA Entry Number: ██████████

Hi Officer ███████,

We received the attached undelivery notification. Looks like UFLPAREVIEWS@cbp.dhs.gov rejected our email.

Just would like to confirm this won't cause any issue. Could you please advise?

Thank you!

**Hezi Wang** Legal Coordinator

350 S. Main Street       Phone 248-205-5637
Suite 300                Fax    844-670-6009
Ann Arbor MI 48104       Email  HWang@dickinsonwright.com

DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** ████████████ @CBP.DHS.GOV>
**Sent:** Friday, March 17, 2023 1:30 PM
**To:** Hezi Wang <HWang@dickinson-wright.com>
**Cc:** ████████████ @cbp.dhs.gov>
**Subject:** EXTERNAL: RE: UFLPA Entry Number: ██████████

Well received.  I have copied ██████████ for record.

Thank you,

██████████
U.S. Customs and border Protection

██████████████

---

**From:** Hezi Wang <HWang@dickinson-wright.com>
**Sent:** Friday, March 17, 2023 12:14 PM
**To:** UFLPAREVIEWS <UFLPAREVIEWS@cbp.dhs.gov>; ███████████████ @CBP.DHS.GOV>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** UFLPA Entry Number: ████████

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Dear CBP Officer,

The law firm of Dickinson Wright PLLC, on behalf of Camel Energy Inc. ("Camel Energy") hereby submits its Response and Request for Applicability Review to the Notice of Detention Camel Energy received from the U.S. Customs & Border Protection on February 16, 2023 ("Notice"). The Notice was issued in connection with ████████████.

We enclose Camel Energy's Response Package in a single PDF with response letter and all of the supporting documentation for your review.

We would appreciate it if you could please confirm the receipt of this email and the attached Response Package.

Thank you for your prompt attention to this response. Your assistance is greatly appreciated.

If you have any questions regarding this submission, please contact our office.

**Hezi Wang** Legal Coordinator

350 S. Main Street          Phone 248-205-5637
Suite 300                  Fax    844-670-6009
Ann Arbor MI 48104         Email  HWang@dickinsonwright.com



DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

Subject: Re: EXTERNAL: RE: Inquiry Letter to CBP re UFLPA Responses

Date:    5/15/2023 4:43 PM

From:    ███████████████████████ @CBP.DHS.GOV>

To:      "Mark V. Heusel" <MHeusel@dickinson-wright.com>, "Hezi Wang"
         <HWang@dickinson-wright.com>, ██████████████ @cbp.dhs.gov>,
         █████████████ @cbp.dhs.gov>

Cc:      ██████████ ████████ @cbp.dhs.gov>,
         ██████████████ @CBP.DHS.GOV>
         █████████ @cbp.dhs.gov>, ████████████ @cbp.dhs.gov>

Mr Heusel,

I understand the confusion regarding submitting paperwork, given inconsistencies across and within ports.
Going forward, to ensure the CEE is getting the required paperwork as soon as possible, as well as ████
CBP's visibility, I would ask that any future submissions go to **both** the CEE involved as well as the ████
████ @cbp.dhs.gov mailbox.

We will not issue exclusion letters for shipments for which we know a rebuttal to the presumption of forced
labor in the supply chain is submitted to either the CEE or the Port.

As far as a process to obtain relief – I am not aware of any process by which an importer can obtain relief
from the provisions of the UFLPA.
As each shipment of like commodities may have different supply chains – all the way down to the raw
materials for *each* component of the finished product- each shipment is subject to the UFLPA and at this time
we would need documents rebutting the presumption for each entry.

████████████

U.S. Customs and Border Protection
Office of Field Operations
█████████████

---

**From:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Sent:** Friday, May 12, 2023, 2:46 PM
**To:** ████████████ @CBP.DHS.GOV>; Hezi Wang <HWang@dickinson-wright.com>; ██████████████████████████

**Subject:** RE: EXTERNAL: RE: Inquiry Letter to CBP re UFLPA Responses

Officer ████████,

Thank you for your email.

In connection with ████████████████████████████ the detention notices we received directed us to submit documentation **directly** to the Center of Excellence and Expertise Machinery. The detention notices also provided the email address cee-machinery@cbp.dhs.gov for submission.

We received the detention notices in connection with these two entries on April 3, 2023 and we followed the instructions on the detention notices and submitted our responses on April 13, 2023 as specifically directed.

We **were not** provided alternative email address for submission. Therefore, as directed in the attached Notice, we sent our response packages to CEE directly. I might add that we are also receiving conflicting direction from multiple Ports and there seems to be great confusion over who should receive responses. Finally, we continue to receive Detention Notices for the same goods that have already been determined by several Ports to be excluded from the UFLPA. Is there any process by which we can seek uniform relief based on the fact that CBP continues to examine each and every entry despite already determining that these goods are not covered by UFLPA.

We attach the detention notices we received for your reference so that you can verify our original instructions.


**Mark V. Heusel** Practice Group Chair - Intl & Regional Practices

350 S. Main Street
Suite 300
Ann Arbor MI 48104

Phone 734-623-1908
Mobile 734-730-1758
Fax     844-670-6009
Email  MHeusel@dickinsonwright.com

**From:** ████████████████████████ @CBP.DHS.GOV>
**Sent:** Friday, May 12, 2023 1:23 PM
**To:** Hezi Wang <HWang@dickinson-wright.com>; ████████████████████████████████
████████████████████████
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; ████████████████████████████████
████████████████████████████
**Subject:** EXTERNAL: RE: Inquiry Letter to CBP re UFLPA Responses

████████████

After researching the 2 entries for which we issued an exclusion letter, it appears that the ████████████████ is **not** in receipt of all the documentation packets, as you had sent some directly to the CEE.

To that end, I would like to redirect your question to the CEE-Machinery, as they are reviewing the documents, so it is paramount that **they** have the documents.

CEE- Machinery, can you please confirm that you have received documentation for the following entries:



U.S. Customs and Border Protection
Office of Field Operations

---

**From:** Hezi Wang <HWang@dickinson-wright.com>
**Sent:** Friday, May 12, 2023 8:34 AM
**To:** ██████████████@cbp.dhs.gov>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** Inquiry Letter to CBP re UFLPA Responses

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Dear CBP Officer:

The law firm of Dickinson Wright PLLC represents Camel Energy Inc. We are writing to inquire about the status of the UFLPA Response Packages we sent to the U.S. Customs and Border Protection, ████████

Attached please find our letter.

Please let us know if you have any questions.

Thank you!

**Hezi Wang** Legal Coordinator

350 S. Main Street          Phone 248-205-5637
Suite 300                   Fax     844-670-6009
Ann Arbor MI 48104          Email   HWang@dickinsonwright.com



The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

**From:** ███████████████████████████

**Sent:** Monday, May 22, 2023 3:02 PM

**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>

**Subject:** RE: EXTERNAL: Additional Information for UFLPA

Good afternoon Mr. Heusel,

My responses to your questions below appear in red.

Let me know if you have any further questions.

Thank you for your prompt attention to this matter.

██

████████████████

U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise, ████████████
████████████████

---

**From:** Mark V. Heusel <MHeusel@dickinson-wright.com>

**Sent:** Monday, May 22, 2023 10:15 AM

**To:** ████████████████ CBP.DHS.GOV>

**Cc:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: EXTERNAL: Additional Information for UFLPA

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Thank you ██████████ for your email.

We will supplement our previous information with what we are able to obtain.  Couple points of clarification:

1)  Can you shed some light on the review process for us?  It seems that CEE is now tasked with the complete review for the Ports?  Is that correct?  It certainly may streamline the process so we invite that opportunity if correct.

   The review of responses to UFLPA detention notices is handled by the Center Team assigned to the Importer Account.  The Team assigned to an importer account will review the responses regardless of Port of Entry.  My team handles IOR Camel Energy and will review all responses to Camel Energy detentions.

2)  We continue to review different direction from various Ports on where our responsive information should be sent: Should we be sending our responses to CEE in addition to the Port in all cases when we receive a detention notice?

   All responses to detention notices should be sent to the Machinery Center email inbox: cee-machinery@cbp.dhs.gov

3)  Is this additional information you are requesting applicable to all goods currently in detention, such that we should be sending this additional information to the Ports, as well as CEE?

   No, the additional wage information requested is not applicable to all goods currently in detention.  Identify one detained shipment and provide wage information for all workers who produced the batteries for that shipment during the period of manufacture.  Also, you indicate that no workers are recruited in Xinjiang for its ████████.  Provide information as to how workers at the plant, in general, are recruited.

4)  Should we respond directly to you with this additional information, or to the CEE email address we have been using in our responses, or both?

   You can email the responses to the questions directly to me.  No need to send it to the general Machinery CEE inbox.  For any future detentions, include the declaration from the company regarding the use or non-use of forced labor.  Also include information as to how the workers were recruited.

We will make every effort to respond as quickly as possible, but I can confirm that Camel is not recruiting workers in Xinjiang for its ██████████ I will obtain a declaration from the company for this purpose in addition to what supporting information we can reasonably provide.

Thanks for your clarification of these additional points.

Regards,

**Mark V. Heusel** Practice Group Chair - Intl & Regional Practices

| | |
|---|---|
| 350 S. Main Street | Phone 734-623-1908 |
| Suite 300 | Mobile 734-730-1758 |
| Ann Arbor MI 48104 | Fax  844-670-6009 |
| ██████████ | Email MHeusel@dickinsonwright.com |

**DICKINSON WRIGHT** PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** ████████████████@CBP.DHS.GOV>
**Sent:** Friday, May 19, 2023 3:08 PM
**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** EXTERNAL: Additional Information for UFLPA

Mr. Heusel,

Thank you for the information previously provided regarding the detention notices issued for imports of batteries by Camel Energy, Inc.  The information has provided a detailed description of material inputs and supply chains. The identification of direct and indirect suppliers of the raw materials and components used to produce ██████████ and transportation records from the supply chain through the delivery of ██████████ to the United States, has been helpful.

One aspect of the battery production not addressed to date that would further assist CBP involves the labor used at the plant where the ██████ are produced.  Specifically, is any labor from the Xinjiang Uyghur Autonomous Region (XUAR) being used to produce ██████████

Please provide the following information:

- Number of employees employed at the battery production facility in Xiangyang City, Hubei Province.

- Number of employees directly involved in the production of a battery at the production facility in ██████████████████

- The amount of time to produce one battery at the production facility in ███████████ ████

- For a currently detained shipment, provide the timecards, or other proof of work (e.g., statement of earnings or wages), including employee identifiers and the names of the employees that worked during the time frame when the merchandise was produced.

- Indicate how workers at the manufacturing facility in ████████████████ are recruited and work voluntarily.

- Signed declaration by the manufacturer and/or importer that no forced labor was used in the production of the batteries.

The requested information is discussed in Section IV, item E (Page 15) in the following link:

https://www.cbp.gov/sites/default/files/assets/documents/2022-Jun/CBP_Guidance_for_Importers_for_UFLPA_13_June_2022.pdf

Please contact me if you have any questions.

Thank you,

█████████

U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise, ██████

██████

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

Subject: RE: EXTERNAL: Additional Information for UFLPA

Date: 6/14/2023 2:37 PM

From: "Hezi Wang" <HWang@dickinson-wright.com>

To: ███████████████████████@CBP.DHS.GOV>

Cc: "Mark V. Heusel" <MHeusel@dickinson-wright.com>

---

Good afternoon █████████

Attached please find our response to your request for additional information regarding the employees working at the battery production facility.

If you have any questions regarding this submission, please contact our office.

Thank you.

**Hezi Wang** Legal Coordinator

350 S. Main Street          Phone 248-205-5637
Suite 300                   Fax    844-670-6009
Ann Arbor MI 48104          Email  HWang@dickinsonwright.com

███████████████████████████████████████

---

**From:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Sent:** Tuesday, June 6, 2023 3:53 PM
**To:** ███████████████████@CBP.DHS.GOV>
**Subject:** RE: EXTERNAL: Additional Information for UFLPA

Thanks ████, we are working with the client to collect the information.  We'll plan to respond asap, but certainly no later than that date.

**Mark V. Heusel** Practice Group Chair - Intl & Regional Practices

350 S. Main Street          Phone 734-623-1908
Suite 300                   Mobile 734-730-1758
Ann Arbor MI 48104          Fax    844-670-6009
████████████████            Email  MHeusel@dickinsonwright.com

DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** ███████████ @CBP.DHS.GOV>
**Sent:** Tuesday, June 6, 2023 3:42 PM
**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** EXTERNAL: Additional Information for UFLPA

Good afternoon Mr. Heusel,

Regarding the additional UFLPA information requested below, please forward any of the additional information requested by June 15 for consideration.  The oldest Detention Notice we currently have in the team with a response awaiting review is dated 5/15/2023.  Per detention notice guidelines, importers have 30 days from the date of the Detention Notice to provide supporting documentation in response to the Notice.

Thank you,

██████████

U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise, ██████████
██████

---

**From:** ██████████
**Sent:** Friday, June 2, 2023 12:43 PM
**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** RE: EXTERNAL: Additional Information for UFLPA

Good afternoon Mr. Heusel,

This is a follow-up to our previous email referencing the possible use of forced labor at Camel Energy's battery production facility in ██████████████████  Are there any updates regarding the information requested below regarding the employees working at the production facility?  The information is required to facilitate the review and requested release of currently detained merchandise.

Also, in your response below, you indicate that you "can confirm that Camel is not recruiting workers in Xinjiang for its ██████████"  Do you have information to support your claim?

Thank you,

██████████

U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise, ██████████
██████████

**From:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Sent:** Monday, May 22, 2023 10:15 AM
**To:** ████████████████ @CBP.DHS.GOV>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: EXTERNAL: Additional Information for UFLPA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Thank you ███████ for your email.

We will supplement our previous information with what we are able to obtain.  Couple points of clarification:

    1) Can you shed some light on the review process for us?  It seems that CEE is now tasked with the complete review for the Ports?  Is that correct?  It certainly may streamline the process so we invite that opportunity if correct.

    2) We continue to review different direction from various Ports on where our responsive information should be sent: Should we be sending our responses to CEE in addition to the Port in all cases when we receive a detention notice?

    3) Is this additional information you are requesting applicable to all goods currently in detention, such that we should be sending this additional information to the Ports, as well as CEE?

    4) Should we respond directly to you with this additional information, or to the CEE email address we have been using in our responses, or both?

We will make every effort to respond as quickly as possible, but I can confirm that Camel is not recruiting workers in Xinjiang for its ████████  I will obtain a declaration from the company for this purpose in addition to what supporting information we can reasonably provide.

Thanks for your clarification of these additional points.

Regards,

**Mark V. Heusel** Practice Group Chair - Intl & Regional Practices

350 S. Main Street       Phone 734-623-1908
Suite 300                Mobile 734-730-1758
Ann Arbor MI 48104       Fax    844-670-6009
██████████               Email  MHeusel@dickinsonwright.com



**From:** ███████████████████ @CBP.DHS.GOV>
**Sent:** Friday, May 19, 2023 3:08 PM
**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** EXTERNAL: Additional Information for UFLPA

Mr. Heusel,

Thank you for the information previously provided regarding the detention notices issued for imports of batteries by Camel Energy, Inc.  The information has provided a detailed description of material inputs and supply chains. The identification of direct and indirect suppliers of the raw materials and components used to produce ██████████████, and transportation records from the supply chain through the delivery of ████████████ to the United States, has been helpful.

One aspect of the battery production not addressed to date that would further assist CBP involves the labor used at the plant where the batteries are produced.  Specifically, is any labor from the Xinjiang Uyghur Autonomous Region (XUAR) being used to produce the batteries?

Please provide the following information:

- Number of employees employed at the battery production facility in ████████████████ ████████

- Number of employees directly involved in the production of a battery at the production facility in ████████████████████

- The amount of time to produce one battery at the production facility in ██████████████ ████████

- For a currently detained shipment, provide the timecards, or other proof of work (e.g., statement of earnings or wages), including employee identifiers and the names of the employees that worked during the time frame when the merchandise was produced.

- Indicate how workers at the manufacturing facility in ████████████████████ are recruited and work voluntarily.

- Signed declaration by the manufacturer and/or importer that no forced labor was used in the production of the batteries.

The requested information is discussed in Section IV, item E (Page 15) in the following link:

https://www.cbp.gov/sites/default/files/assets/documents/2022-Jun/CBP_Guidance_for_Importers_for_UFLPA_13_June_2022.pdf

Please contact me if you have any questions.

Thank you,



U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise,

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.



**From:** ███████████████████@cbp.dhs.gov>
**Date:** June 30, 2023 at 8:43:20 AM EDT
**To:** "Mark V. Heusel" <MHeusel@dickinson-wright.com>
**Subject: EXTERNAL: RE: Additional Information for UFLPA**

Good morning Mark,

Machinery Center Director, ███████████, has authorized the release of the detained shipments below.  I will be working on the execution of his release authorization today.

██████

███████████████████████

U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise ███████████████

███████████████

**From:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Sent:** Wednesday, June 28, 2023 5:33 PM
**To:** ██████████████████ @CBP.DHS.GOV>
**Subject:** Additional Information for UFLPA

Hello ███,

Unfortunately, despite working very hard to satisfy all of the questions from CBP and CEE we are still troubled that scores of shipments remain in detention, even though about 40% of Camel's products have been released after proving that they are not subject to the UFLPA. At this point, we are at serious commercial risk, resulting in millions dollars of damages. Below is a summary of those remaining detentions:



Can you please update me on the progress of releasing our remaining shipments?  Your cooperation is much appreciated.

**Mark V. Heusel** Practice Group Chair - Intl & Regional Practices

350 S. Main Street
Suite 300
Ann Arbor MI 48104

Phone 734-623-1908
Mobile 734-730-1758
Fax    844-670-6009
Email  MHeusel@dickinsonwright.com

---

**From:** ███████████████ @CBP.DHS.GOV>
**Sent:** Tuesday, June 6, 2023 12:42 PM
**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** EXTERNAL: Additional Information for UFLPA

Good afternoon Mr. Heusel,

Regarding the additional UFLPA information requested below, please forward any of the additional information requested by June 15 for consideration. The oldest Detention Notice we currently have in the team with a response awaiting review is dated 5/15/2023. Per detention notice guidelines, importers have 30 days from the date of the Detention Notice to provide supporting documentation in response to the Notice.

Thank you,

U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise, ████████████

---

**From:** ████████████
**Sent:** Friday, June 2, 2023 12:43 PM
**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** RE: EXTERNAL: Additional Information for UFLPA

Good afternoon Mr. Heusel,

This is a follow-up to our previous email referencing the possible use of forced labor at Camel Energy's battery production facility in ████████████████ Are there any updates regarding the information requested below regarding the employees working at the production facility? The information is required to facilitate the review and requested release of currently detained merchandise.

Also, in your response below, you indicate that you "can confirm that Camel is not recruiting workers in Xinjiang for its ███████████"  Do you have information to support your claim?

Thank you,

████████████████

U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise, ████████████
██████  ███

---

**From:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Sent:** Monday, May 22, 2023 10:15 AM
**To:** ████████████████ @CBP.DHS.GOV>
**Cc:** Hezi Wang <HWang@dickinson-wright.com>
**Subject:** RE: EXTERNAL: Additional Information for UFLPA

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Thank you ████████ for your email.

We will supplement our previous information with what we are able to obtain.  Couple points of clarification:

    1) Can you shed some light on the review process for us?  It seems that CEE is now tasked with the complete review for the Ports?  Is that correct?  It certainly may streamline the process so we invite that opportunity if correct.

    2) We continue to review different direction from various Ports on where our responsive information should be sent: Should we be sending our responses to CEE in addition to the Port in all cases when we receive a detention notice?

    3) Is this additional information you are requesting applicable to all goods currently in detention, such that we should be sending this additional information to the Ports, as well as CEE?

    4) Should we respond directly to you with this additional information, or to the CEE email address we have been using in our responses, or both?

We will make every effort to respond as quickly as possible, but I can confirm that Camel is not recruiting workers in Xinjiang for its Hubei facility.  I will obtain a declaration from the company for this purpose in addition to what supporting information we can reasonably provide.

Thanks for your clarification of these additional points.

Regards,

**Mark V. Heusel** Practice Group Chair - Intl & Regional Practices

350 S. Main Street       Phone 734-623-1908
Suite 300                Mobile 734-730-1758
Ann Arbor MI 48104       Fax   844-670-6009
<image001.jpg>           Email MHeusel@dickinsonwright.com
<image002.jpg>

**DICKINSON WRIGHT**PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** ████████████████@CBP.DHS.GOV>
**Sent:** Friday, May 19, 2023 3:08 PM
**To:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** EXTERNAL: Additional Information for UFLPA

Mr. Heusel,

Thank you for the information previously provided regarding the detention notices issued for imports of batteries by Camel Energy, Inc. The information has provided a detailed description of material inputs and supply chains. The identification of direct and indirect suppliers of the raw materials and components used to produce ████████  and transportation records from the supply chain through the delivery of ████ to the United States, has been helpful.

One aspect of the battery production not addressed to date that would further assist CBP involves the labor used at the plant where the batteries are produced. Specifically, is any labor from the Xinjiang Uyghur Autonomous Region (XUAR) being used to produce ██ ████

Please provide the following information:

- Number of employees employed at the battery production facility in ████████ ████████

- Number of employees directly involved in the production of a battery at the production facility in ██████████████

about:blank                                                              1/15/2025

- The amount of time to produce one battery at the production facility in ████████ ████████

- For a currently detained shipment, provide the timecards, or other proof of work (e.g., statement of earnings or wages), including employee identifiers and the names of the employees that worked during the time frame when the merchandise was produced.

- Indicate how workers at the manufacturing facility in ████████████ Province are recruited and work voluntarily.

- Signed declaration by the manufacturer and/or importer that no forced labor was used in the production of the batteries.

The requested information is discussed in Section IV, item E (Page 15) in the following link:

https://www.cbp.gov/sites/default/files/assets/documents/2022-Jun/CBP_Guidance_for_Importers_for_UFLPA_13_June_2022.pdf

Please contact me if you have any questions.

Thank you,

████████████

U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise, ████████████
██████

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

**Subject:** RE: Second Inquiry Letter to CBP - Camel Energy Inc.

**Date:** 7/12/2023 2:10 PM

**From:** ██████████████████████ @CBP.DHS.GOV>

**To:** "Hezi Wang" <HWang@dickinson-wright.com>, ████████████████████ ████████████

**Cc:** "Mark V. Heusel" <MHeusel@dickinson-wright.com>

Good afternoon Hezi,

All ports were notified early last week to release the shipments identified on the first list and included on the second list below. I have sent follow-up release notices to the ████████████████ ████████ this afternoon for shipments detained in ████████████. The detained shipments entered on ██████████████████████████ and ████████████████████ below have already been released.

Thank you,

██████████████████████

U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise, ████████████████

██████████

---

**From:** Hezi Wang <HWang@dickinson-wright.com>
**Sent:** Wednesday, July 12, 2023 1:02 PM
**To:** ████████████████████ @CBP.DHS.GOV>; CEE-MACHINERY <cee-machinery@cbp.dhs.gov>;
████████████████
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** Second Inquiry Letter to CBP - Camel Energy Inc.

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Good afternoon,

Please find attached correspondence sent on behalf of Attorney Mark V. Heusel regarding the following detentions:



Please contact our office if you have any questions.

Thanks!

**Hezi Wang** Legal Coordinator

350 S. Main Street
Suite 300
Ann Arbor MI 48104

Phone 248-205-5637
Fax    844-670-6009
Email  HWang@dickinsonwright.com



The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

**From:** ██████████████████ @cbp.dhs.gov>
**Date:** August 9, 2023 at 10:29:19 AM EDT
**To:** "Mark V. Heusel" <MHeusel@dickinson-wright.com>
**Subject: EXTERNAL: RE: UFLPA - Camel Energy**


Good morning Mark,

I have attached a copy of the Federal Register Notice adding Camel Group Co., Ltd. to the
FLETF list of entities working with the government of Xinjiang to recruit, transport, transfer,
harbor or receive forced labor or Uyghurs, Kazakhs, Kyrgyz, or members of other persecuted
groups out of Xinjiang.

The following is the link to the notice:
https://www.federalregister.gov/documents/2023/08/02/2023-16361/notice-regarding-the-
uyghur-forced-labor-prevention-act-entity-list

**Federal Register** / Vol. 88, No. 147 was published on Wednesday, August 2, 2023.  Pages
50902-50905 provide public notice of the inclusion of Camel Group Co., Ltd. on the section
2(d)(2)(B)(ii) list of the UFLPA, which identifies entities working with the government of the

Xinjiang Uyghur Autonomous Region to recruit, transport, transfer, harbor or receive forced labor or Uyghurs, Kazakhs, Kyrgyz, or members of other persecuted groups out of the Xinjiang Uyghur Autonomous Region. Camel Group Co., Ltd. was added to the list as a result of a vote by the **Forced Labor Enforcement Task Force (FLETF), a DHS-led task force composed of seven U.S. Government Agencies.**

The most effective way to better understand why Camel Group was added to the Entity List and what exact information would be useful to FLETF in evaluating Camel's removal request would be to contact the person identified on page 50902 of the Federal Register Notice, Cynthia Echeverria, Director of Trade Policy, Trade and Economic Security, Office of Strategy, Policy, and Plans, DHS. Phone: (202) 938–6365, Email: FLETF.UFLPA.EntityList@hq.dhs.gov. On the same page, there is also a FLETF email link for persons with questions regarding the UFLPA entity lists FLETF.UFLPA.EntityList@hq.dhs.gov.

On page 50904 of the Federal Register Notice, I have highlighted instructions on how any listed entity can submit a request for removal from the UFLPA entity list.

Let me know if you have any additional questions,



U.S. Customs and Border Protection
Machinery Center of Excellence and Expertise,

---

**From:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Sent:** Tuesday, August 8, 2023 4:13 PM
**To:** ███████████████ @CBP.DHS.GOV>
**Subject:** UFLPA - Camel Energy

Hello ████

I'm reaching out to you with respect to our client Camel Energy, Inc. As you know, Camel Energy's parent company (Camel Group Co., Ltd.) was recently identified on one of the UFLPA Entity Lists. My assumption is that Camel Group's inclusion on the List was in process during the period of time that Camel Energy's imports were being detained. And, I further assume all of this stems from misleading reporting from a UK report naming Camel Group. While we have worked very closely with Camel Energy to map our supply chain for batteries produced by the company, it is clear that Camel Energy will need to take further steps to clear its name.

We are collecting information to respond to this new development and Camel intends to avail itself of the administrative process to request removal from the List. I was hoping to provide information in our removal request that specifically targets the concerns of the Task Force and other stakeholders. In this regard, we have made a concerted effort to contact the FLETF and other DHS staff to better understand why Camel Group was added to the List and what information the company may provide to the FLETP that would be compelling and support removal from the List.

Because of your assistance in the past, helping us to proceed through the detention process in an orderly manner, I wanted to contact you to see if there is any more effective way to 1) better understand why Camel Group was added to the Entity List, and 2) what exact information would be useful to FLETP in evaluating our removal request.  My goal is to be as efficient and supportive of the Department's goals, while providing sufficient information to clear Camel's name from association with the UFLPA.  Any information or advice you can offer would be greatly appreciated.

Regards,

**Mark V. Heusel** Practice Group Chair - Intl & Regional Practices

350 S. Main Street
Suite 300
Ann Arbor MI 48104