IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CAMEL GROUP CO., LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*; <br><br> *Defendants*. | Case No.: 25-00022 |

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

**EXHIBIT 9 - JULY 14TH LETTER**

U.S. Department of Homeland Security
U.S. Customs and Border Protection



U.S. Customs and Border Protection

July 14, 2023

Camel Energy, Inc.
4355 Varsity Drive
Ann Arbor, MI 48108-5004

Dear Camel Energy, Inc.,

The Uyghur Forced Labor Prevention Act (UFLPA), established a presumption that imports of all goods and merchandise mined, produced, or manufactured wholly or in part in the Xinjiang Uyghur Autonomous Region (XUAR) of the People's Republic of China are prohibited from entry into the United States. Importers have the right to present documentation showing that their goods are outside the scope of the UFLPA, not subject to the presumption and eligible for importation.

The ▮ detained entry numbers ▮ for merchandise subject to the UFLPA. The importer availed themselves of the option to contend merchandise was not produced in whole or in part in the XUAR or by an entity on the UFLPA Entity List by submitting documentation to seek release of the detained merchandise.

Analysis of the documentation submitted supports the importer assertion that materials used in the manufacturing for these entries listed above were not sourced from the Uyghur Autonomous Region of Xinjiang, China.

Please contact ▮ to coordinate the release of the shipment. If you have additional questions, please contact ▮ at ▮

Sincerely,

[signature]

Port Director
U.S. Customs and Border Protection