# IN THE UNITED STATES
# COURT OF INTERNATIONAL TRADE

CAMEL GROUP CO., LTD.,

      *Plaintiff*,

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*;
TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*;

      *Defendants*.

Case No.: 25-00022

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

**EXHIBIT 10 - SEPT. 13 DECISION**

| | |
|---|---|
| **From:** | ▮▮▮▮▮@CBP.DHS.GOV> |
| **Sent:** | Wednesday, September 13, 2023 11:05 PM |
| **To:** | ▮▮▮▮▮ Hezi Wang; ▮▮▮▮▮ |
| **Cc:** | Mark V. Heusel |
| **Subject:** | EXTERNAL: RE: UFLPA Response Package Entry ▮▮▮▮▮ |

Good evening,

   The Machinery Center of Excellence and Expertise and ▮▮▮▮▮ have completed the review of Camel Energy's applicability documentation to refute the presumption of forced labor under UFLPA.  Camel Energy Inc. has provided sufficient documentation to support their claim that shipment was not manufactured with forced labor.  The shipment has been released in ACE Cargo Release, and it can be released into the U.S. to the importer.


V/r,

***CBPO*** ▮▮▮▮▮
***U.S. Customs and Border Protection***
***Trade Enforcement Team***
▮▮▮▮▮






**From:** ▮▮▮▮▮@CBP.DHS.GOV> **On Behalf Of** ▮▮▮▮▮
**Sent:** Thursday, August 31, 2023 6:21 PM
**To:** 'Hezi Wang' <HWang@dickinson-wright.com>; ▮▮▮▮▮
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>
**Subject:** RE: UFLPA Response Package Entry ▮▮▮▮▮

Good evening,

The shipment is still detained while the response packet is being reviewed by the CEE. We have not yet received a determination from the CEE regarding this shipment.