**IN THE UNITED STATES**
**COURT OF INTERNATIONAL TRADE**

CAMEL GROUP CO., LTD.,

        *Plaintiff*,

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his*
*official capacity as the Secretary of the*
*Department of Homeland Security*;
TROY A. MILLER, *in his official*
*capacity as the Senior Official Performing*
*the Duties of the Commissioner for*
*U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity*
*as Under Secretary for Office of Strategy,*
*Policy, and Plans and Chair of the Forced*
*Labor Enforcement Task Force*;

        *Defendants*.

Case No.:  25-00022

---

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

---

**EXHIBIT 11 - FOIA REQUEST**

---



350 S. Main Street, Suite 300
Ann Arbor, MI 48104-2131
Telephone: 734-623-7075
Facsimile: 844-670-6009
http://www.dickinsonwright.com

Jacob L. Clark
jlclark@dickinsonwright.com
734-623-1624

August 18, 2023

**VIA U.S. MAIL, SECURERELEASE PORTAL, AND EMAIL**

Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, D.C. 20528-065
Phone: 202-343-1743
Email: foia@hq.dhs.gov

Re:     *Camel Group Co. Ltd. Freedom of Information Act Request*

Dear FOIA Officer:

On behalf of Zubo Zhang ("Requester"), we hereby submit the following Freedom of Information Act ("FOIA") request for records regarding the decision by the Forced Labor Enforcement Task Force ("FLETF") regarding Camel Group Company Limited's ("Camel Group") recent inclusion on the Uyghur Forced Labor Prevention Act ("UFLPA") Entity List. This FOIA request to the Department of Homeland Security ("DHS") Privacy Office is appropriate because (i) DHS is the Chair and member agency of the UFLPA, with DHS Under Secretary for Strategy, Policy and Plans Robert Silvers currently acting as Chair; (ii) DHS Office of Strategy, Policy, and Plans ("PLCY") is the office properly involved with FLETF activities and is the relevant office that would most likely have records responsive to our FOIA requests; and (iii) DHS Privacy Office is the office of DHS with jurisdiction of FOIA requests to DHS PLCY. In accordance with 5 U.S.C. § 552(a)(6)(A)(i), we respectfully request a response to this FOIA request within 20 working days, unless otherwise permitted by statute.

## I.    REQUEST FOR INFORMATION

1.    For the period between December 1, 2022 to the present, we request any and all Records[1] relating to the following:

---

[1] The term "Records" in this request includes, but is not limited to: internal and/or interagency communications, correspondence, directives, documents, data, videotapes, audiotapes, e-mails, faxes, files, guidance, guidelines, standards, evaluations, instructions, analyses, memoranda, agreements, notes, orders, policies, procedures, protocols, reports, rules, manuals, technical specifications, training materials, and studies, including records kept in written form, or electronic format on computers and/or other electronic storage devices, electronic communications and/or videotapes, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

DHS Privacy Office
August 18, 2023
Page 2

DICKINSON WRIGHT PLLC

a.  Allegations against Camel Group concerning alleged forced labor and participation in labor transfer programs

b.  Evidence, or other supporting substantiation, that has been submitted to FLETF, its member agencies, and/or the DHS PLCY about Camel Group, including but not limited to Records concerning forced labor and labor transfer programs and alleged participation therein.

c.  Consideration of and the decision to identify and include Camel Group in the UFLPA Entity List

d.  FLETF meeting records that identify, mention, discuss, or otherwise describe consideration of adding Camel Group to the UFLPA Entity List.

e.  DHS PLCY meeting records that identify, mention, discuss, or otherwise describe consideration of adding Camel Group to the UFLPA Entity List.

f.  Internal memorandums, due diligence, or notes thereof that relate to investigation of Camel Group.

g.  Communications with any entities or persons not within DHS regarding Camel Group.

h.  FLETF's procedure, guidelines, protocols and/or policies for adding entities to the UFLPA Entity List, including but not limited to the process of identifying entities, collection and evaluation of evidence, deliberative processes, and the final decision to include an entity.

i.  FLETF's procedure, guidelines, protocols and/or policies for removing entities from the UFLPA Entity List, including but not limited to the guidelines on the submission and evaluation of removal requests, practice manuals and guidance, deliberative process, and the final decision to remove the entity or deny the request.

j.  FLETF interagency communications and information sharing procedures and mechanisms.

k.  Any procedure, guidelines, protocols and/or policies Implementation and enforcement of the UFLPA.

DHS Privacy Office
August 18, 2023
Page 3

DICKINSON WRIGHT PLLC

## II.    **FORMAT OF PRODUCTION**

Requester seeks responsive electronic records in a machine-readable, native file format, with all metadata and load files intact. If a responsive record is not available in the above described electronic format, Requester would accept it in physical hard-copy format or any other format that would permit the production of all responsive records. With respect to electronic records, all data associated with such records should be provided in a workable format, such as Microsoft Excel or comma-separated values (CSV) files. If terms or codes are not in the form template and/or publicly defined, please provide a glossary or other descriptive records containing definitions of acronyms, numerical codes, or terms contained in data and records responsive to this FOIA request. Requester further requests that you produce responsive records in their entirety, including all attachments, appendices, enclosures, and/or exhibits.

Requester also ask that electronic records be provided in a text-searchable, static-image format, such as PDF, in the best image quality in the agency's possession, and that the records be provided in separate, Bates-stamped files.

Thank you for your time and attention to this FOIA request. If you have any questions or require further information, please do not hesitate to contact me using the contact information below my signature.

Sincerely,

Jacob L. Clark
Dickinson Wright PLLC
350 S. Main St., Ste. #300
Ann Arbor, MI 48103
Phone: (734) 623-1624
Email: jlclark@dickinsonwright.com


☰  **SecureRelease™ Portal**


Jacob Clark
JLClark@dickinson-wright.com



| 📋 **DETAILS** | 👤 **CONTACT INFORMATION** | 📄 **DOCUM** | Request Number: 2023-HQFO-02158 ▾ |
|---|---|---|---|

**Details of Request**                                                    **CANCEL**
(Read only details of request)



**Request Description:**

Dear FOIA Officer: On behalf of Zubo Zhang ("Requester"), we hereby submit the following Freedom of Information Act ("FOIA") request for records regarding the decision by the Forced Labor Enforcement Task Force ("FLETF") regarding Camel Group Company Limited's ("Camel Group") recent inclusion on the Uyghur Forced Labor Prevention Act ("UFLPA") Entity List. This FOIA request to the Department of Homeland Security ("DHS") Privacy Office is appropriate because (i) DHS is the Chair and member agency of the UFLPA, with DHS Under Secretary for Strategy, Policy and Plans Robert Silvers currently acting as Chair; (ii) DHS Office of Strategy, Policy, and Plans ("PLCY") is the office properly involved with FLETF activities and is the relevant office that would most likely have records

**Fee Waiver Requested? :**    Not Requested






responsive to our FOIA requests; and (iii) DHS Privacy Office is the office of DHS with jurisdiction of FOIA requests to DHS PLCY. In accordance with 5 U.S.C. § 552(a)(6)(A)(i), we respectfully request a response to this FOIA request within 20 working days, unless otherwise permitted by statute. I. REQUEST FOR INFOMATION For purposes of this FOIA Request, the term "Records" refers to and includes, but is not limited to: Internal and/or interagency communications, correspondence, directives, documents, data, videotapes, audiotapes, e-mails, faxes, files, guidance, guidelines, standards, evaluations, instructions, analyses, memoranda, agreements, notes, orders, policies, procedures, protocols, reports, rules, manuals, technical specifications, training materials, and studies, including records kept in written form, or electronic format on computers and/or other electronic storage devices, electronic communications and/or videotapes, as well as any reproductions thereof that differ in any

**Reason for Fee Waiver:**    -






way from any other reproduction, such as copies containing marginal notations. Below are the specific requests made by the Requester: 1. For the period between December 1, 2022 to the present, we request any and all Records relating to the following: a. Allegations against Camel Group concerning alleged forced labor and participation in labor transfer programs b. Evidence, or other supporting substantiation, that has been submitted to FLETF, its member agencies, and/or the DHS PLCY about Camel Group, including but not limited to Records concerning forced labor and labor transfer programs and alleged participation therein. c. Consideration of and the decision to identify and include Camel Group in the UFLPA Entity List d. FLETF meeting records that identify, mention, discuss, or otherwise describe consideration of adding Camel Group to the UFLPA Entity List. e. DHS PLCY meeting records that identify, mention, discuss, or otherwise describe consideration of adding Camel Group to the UFLPA Entity List. f. Internal






memorandums, due diligence, or notes thereof that relate to investigation of Camel Group. g. Communications with any entities or persons not within DHS regarding Camel Group. h. FLETF's procedure, guidelines, protocols and/or policies for adding entities to the UFLPA Entity List, including but not limited to the process of identifying entities, collection and evaluation of evidence, deliberative processes, and the final decision to include an entity. i. FLETF's procedure, guidelines, protocols and/or policies for removing entities from the UFLPA Entity List, including but not limited to the guidelines on the submission and evaluation of removal requests, practice manuals and guidance, deliberative process, and the final decision to remove the entity or deny the request. j. FLETF interagency communications and information sharing procedures and mechanisms. k. Any procedure, guidelines, protocols and/or policies Implementation and enforcement of the UFLPA. II. FORMAT OF

**Expedited Processing?:**    Not Requested






PRODUCTION Requester seeks responsive electronic records in a machine-readable, native file format, with all metadata and load files intact. If a responsive record is not available in the above described electronic format, Requester would accept it in physical hard-copy format or any other format that would permit the production of all responsive records. With respect to electronic records, all data associated with such records should be provided in a workable format, such as Microsoft Excel or comma-separated values (CSV) files. If terms or codes are not in the form template and/or publicly defined, please provide a glossary or other descriptive records containing definitions of acronyms, numerical codes, or terms contained in data and records responsive to this FOIA request. Requester further requests that you produce responsive records in their entirety, including all attachments, appendices, enclosures, and/or exhibits. Requester also ask that electronic records be provided in a text-

**Reason for Expedited Processing:**    -






searchable, static-image format, such as PDF, in the best image quality in the agency's possession, and that the records be provided in separate, Bates-stamped files. Thank you for your time and attention to this FOIA request. If you have any questions or require further information, please do not hesitate to contact me using the contact information below my signature. Sincerely, Jacob L. Clark Dickinson Wright PLLC 350 S. Main St., Ste. #300 Ann Arbor, MI 48103 Phone: (734) 623-1624 Email: jlclark@dickinsonwright.com

**Agency:** Department of Homeland Security

**Component:** DHS Privacy Office

**Processing Track:** Simple

**Request Type:** FOIA Request

**Submitted Date:** 08/18/2023

**Request Status:** Initial Determination

**Identity Verification Status:** Not Requested by Agency



