**IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| CAMEL GROUP CO., LTD., *Plaintiff*, v. UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*; *Defendants*. | Case No.: 25-00022 |

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

**EXHIBIT 13 - SINA ARTICLE**

新浪首页　新闻　体育　财经　娱乐　科技　博客　图片　专栏　更多　　登录　注册　移动客户端

综合　　　　　　　　　　　　　　　　　　　　　　　　　新闻　请输入关键词

# 新疆托克逊县举行富余劳动力企业上岗交接仪式

0 评论　　　　　　　　　　　　　　　　　2017年07月12日10:49　亚心网

亚心网讯 7月10日,托克逊县在县技工学校举行喀什、和田地区城乡富余劳动力企业上岗交接仪式。政府副县长夏拉帕提·吐尔逊,县人社局、发改委、商经委、阿乐惠镇等单位主要领导,华帝服装、华天瓷业、振坤物流等11家接收企业代表300余人参加此次上岗交接仪式。



喀什、和田地区城乡富余劳动力企业上岗交接仪式



和田地区于田县务工人员再努热木·麦麦提力发言

## 我爱看图




美国加州山火持续肆虐火情未得到控制　　初秋的呼伦贝尔草原美如画




征集：影像见证小康之路　　海军第40批护航编队返回湛江




劳务派遣看这里，工种多，流程快，效率高！
在线客服服务体系有哪些？点击查看！
人事及人力资源管理人员
网上订单系统，你的同行都在用，你还在等什么？
高品质水质在线检测，专业水质专家，为您...

## 推荐视频

活动首先由和田地区于田县务工人员再努热木·麦麦提力代表165名前来托克逊县务工的人员发表了热情洋溢的演讲:"感谢党和政府的关心帮助,我们务工人员一定会珍惜这次来之不易的工作机会,努力工作赚钱,改变生活,坚定维护祖国统一和民族团结"。



夏拉帕提·吐尔逊带领全体人员宣誓



务工人员庄严宣誓

政府副县长夏拉帕提·吐尔逊同志带领全体人员,面向国旗,庄严宣誓"维护祖国统一,忠于党、忠于祖国、忠于人民,坚决与'三股势力'作斗争,为国家安全、各民族团结、社会稳定和谐做出自己应有的贡献!"同时,号召大家:要擦亮眼睛,要像石榴籽那样紧紧抱在一起,珍惜来之不易的幸福生活。果断向宗教极端势力发声亮剑,以强烈的主人翁责任感和事业心,坚定不移地贯彻落实中央、自治区、吐鲁番市和县委维护社会稳定和长治久安的决策部署,每个人要自觉的站在反对民族分裂、维护社会稳定的第一线,站稳立场、亮明态度,主动、深刻揭批暴恐活动罪行,坚决与民族分裂分子作针锋相对的斗争。

热点博客



劳务派遣

秒拍精选

 

我有狗粮你有故事么   新手也能轻松停车

 

会八国语言的男孩   高强度腹肌训练







接收企业带领务工员前往企业

最后,各企业代表逐一带领务工人员上车,前往企业上岗就业。

经了解,为进一步加强喀什、和田地区务工人员的政治素养和就业能力培训,自6月29日起,165名务工人员已经在技工学校开展了以军训、学唱红歌、双语学习等为主的10天封闭式岗前培训,为务工人员到岗开展工作打下基础。



文章关键词：　新疆　务工人员　喀什　　　　　　　　　　保存网页　　我要反馈



**相关阅读**

| 国内vps网站 | 查国际快递 | 欧洲大型服务器 | 迷你电脑主机 | 巴黎酒店预订 |
| 外国网站大全 | 电影院服务器 | 粤语配音 | VPS虚拟服务器 | 云呼电话 |
| 亚马逊海外服务器 | 显微镜价格 | 原子力显微镜 | 荷兰留学生 | |
| 传奇游戏角色名大全 | 亚洲服务器 | 外国服务器 | 聊天软件 | 荷兰留学费用 |
| 货代价格 | 酒店 | im即时聊天 | 公司团建 | VPS和云服务器 | 草花服务器 |

**(UNOFFICIAL ENGLISH TRANSLATION)**

**Toksun County, Xinjiang holds a handover ceremony for surplus labor enterprises**
**07/12/2017**

Yaxin Network News (a subsidiary of Sina News)

On July 10, Toksun County held a handover ceremony for the urban and rural surplus labor force in Kashgar and Hotan areas at the county technical school. The deputy county magistrate Shalapati Tursun, the main leaders of the County Human Resources and Social Security Bureau, the Development and Reform Commission, the Commercial and Economic Commission, Alehui Town and leaders from other government entities aswell as more than 300 representatives from 11 enterprises such as Vantage Clothing, Huatian Porcelain, and Zhenkun Logistics received more than 300 people participating in the handover ceremony.

[PICTURE]

*Handover ceremony of urban and rural surplus labor force in Kashgar and Hotan areas.*

[PICTURE]

*Zainuremu, Maimaitili, a migrant worker from Yutian County, Hotan Prefecture, gave a speech.*

The event started with a passionate speech by Zainuremu Maimetili, a migrant worker from Yutian County, Hotan Prefecture, on behalf of the 165 people who came to work in Toksun County: "Thanks to the party and the government for their care and help. We migrant workers will definitely cherish this hard-won job opportunity, work hard to make money, change our life, and firmly safeguard the reunification of the motherland and national unity."

[PICTURE]

*Shalapati Tursun led everyone to take the oath.*

[PICTURE]

*Migrant workers solemnly swear an oath.*

The government's deputy county magistrate led all personnel to face the national flag and solemnly swore to "safeguard the unity of the motherland, be loyal to the party, the motherland, and the people, resolutely fight against the three evil forces, and make due contributions to national security, unity of all ethnic groups, and social stability and harmony. " At the same time, she calls on everyone to keep their eyes open, hold each other closely like pomegranate seeds, cherish their hard-won happy life, decisively speak

out against religious extremist forces, and with a strong sense of ownership and professionalism, unswervingly implement the deployment decisions of the central government, autonomous regions, Turpan City and county committees to maintain social stability and long-term peace and order. Everyone must consciously stand against ethnic separatism, the frontline of maintaining social stability, standing firm, clearing up our attitude, taking the initiative, profoundly exposing and criticizing the crimes of violent terrorist activities, and resolutely fighting tit-for-tat against ethnic separatists.

[PICTURE]

*Receiving enterprises led migrant workers to enterprises.*

Finally, representatives of each enterprise led the workers one by one to get on the bus and go to the enterprise for employment.

It is understood that in order to further strengthen the political literacy and employability training of migrant workers in Kashgar and Hotan areas, since June 29, 165 migrant workers have carried out training at technical schools focusing on military training, learning to sing "red songs" (Chinese patriotic songs), and bilingual studies. The 10-day closed pre-job training laid the foundation for migrant workers to start working their new job.

## TRANSLATION CERTIFICATION AND DECLARATION

I, __Hezi Wang__, hereby declare that I am familiar with both Chinese and English language and that, to the best of my knowledge and belief, the above is a full, true and faithful English translation of the Chinese language article entitled "Toksun County, Xinjiang holds a handover ceremony for surplus labor enterprises" made by me for purposes of Camel Group Co. Ltd.'s Removal Petition.

Name: __Hezi Wang__

Signature: __[signature]__

Date: __10/25/2023__