IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE

CAMEL GROUP CO., LTD.,

        *Plaintiff*,

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his
official capacity as the Secretary of the
Department of Homeland Security*;
TROY A. MILLER, *in his official
capacity as the Senior Official Performing
the Duties of the Commissioner for
U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity
as Under Secretary for Office of Strategy,
Policy, and Plans and Chair of the Forced
Labor Enforcement Task Force*;

        *Defendants*.

Case No.: 25-00022

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

**EXHIBIT 15 - FLETF QUESTIONS**

# Jacob L. Clark

| | |
|---|---|
| **From:** | FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov> |
| **Sent:** | Thursday, December 14, 2023 4:16 PM |
| **To:** | Jacob L. Clark |
| **Cc:** | Mark V. Heusel; Hezi Wang; FLETF.UFLPA.EntityList@hq.dhs.gov |
| **Subject:** | RE: EXTERNAL: RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5) |
| **Attachments:** | FLETF Questions for Camel Group - Removal Request - 12.14.2023.docx |

UNCLASSIFIED // BUSINESS CONFIDENTIAL

Good afternoon,

As the next step in the Forced Labor Enforcement Task Force's (FLETF) review of Camel Group Co. Ltd. (Camel Group) removal request, the FLETF requests responses to the attached list of clarifying questions. Your answers will assist the FLETF in its consideration of Camel Group's removal request. We ask that you provide your responses to FLETF.UFLPA.ENTITYLIST@hq.dhs.gov.

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Sent:** Friday, December 8, 2023 3:25 PM
**To:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Cc:** Mark V. Heusel <MHeusel@dickinson-wright.com>; Hezi Wang <HWang@dickinson-wright.com>; FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>
**Subject:** RE: EXTERNAL: RE: Camel Group Co. Ltd. - UFLPA Entity List Removal Request Petition (5/5)

Good afternoon,

We are still processing the questions, however we expect to have them to you by no later than the end of next week (December 15).

Thank you,

FLETF.UFLPA.ENTITYLIST@hq.dhs.gov
Trade Policy, Trade and Economic Security
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security

---

**From:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Sent:** Monday, December 4, 2023 10:02 AM
**To:** FLETF UFLPA Entity List <FLETF.UFLPA.EntityList@hq.dhs.gov>

1

**Questions for Camel Group Co. Ltd.**

1. Please provide all correspondence between Camel Group subsidiaries and the Xinjiang Uygur Autonomous Region (XUAR) government, Xinjiang Production and Construction Corps (XPCC), or other regional, local, or county governments in the XUAR regarding labor recruitment of any kind from 2017 through 2023.

2. Please provide evidence (e.g., press releases, corporate policies, official corporate reports, correspondence with government authorities) of Camel Group's public or private statements that it "commits to not participating in any similar [state labor transfer] program in the future" as stated on page 19 of the Entity List Removal Request Petition.

3. Camel Group states that it is "[c]ommitted to further internal risk prevention training and policy development to identify forced labor risks and prevent participation in any problematic labor program" on page 20 of the Entity List Removal Request Petition. Please provide Camel Group's definition of a "problematic labor program."

4. Please provide documentation memorializing the phone conversation Camel Group's manager had with Toksun County, XUAR Bureau of Social Security and Human Resources Social Security (Toksun County SSHR) inquiring as to whether Camel Group needed any labor, as noted in Exhibits 22 and 23.

5. Please provide all correspondence (such as emails, letters, notes) between Camel Group and Toksun County SSHR, as noted in Exhibits 22 and 25. Please provide all documentation in which Camel Group advises Toksun County that Camel Group did not need any laborers.

6. Please provide documentation that Toksun County SSHR was informed that it erroneously reported that Camel Group participated in the "Handover Ceremony for the Urban Rural Surplus Labor Enterprises in Kashgar and Hotan Areas" as part of the Labor Transfer Program.

7. Exhibit 23 states that the Public Employment Service Bureau received a request from Camel Group requesting that it correct the report stating that Camel Group participated in the "Handover Ceremony for the Urban Rural Surplus Labor Enterprises in Kashgar and Hotan Areas" as part of the Labor Transfer Program. Please provide any response Toksun County SSHR provided in 2017 confirming that Camel Group had not participated in the event.

8. Did the July 12, 2017, Sina Article (Exhibit 24) indicate that it was written as a correction and/or written to address a mistake in the July 10, 2017, article?

9. Please attest under penalty of perjury that based on Camel Group's internal investigation, it concludes that neither Camel Group nor any of its subsidiaries (not only those in XUAR) have received any incentives to participate in a labor transfer program. Please explain the process Camel Group took to reach this determination.

UNCLASSIFIED // BUSINESS CONFIDENTIAL

10. In the May 19, 2023, email, enclosed as pages 410 to 411 of Exhibit 15, CBP requested the following information from Camel Group's ███████████ "For a currently detained shipment, provide the timecards, or other proof of work (e.g., statement of earnings or wages), including employee identifiers and the names of the employees that worked during the time frame when the merchandise was produced."
    a. Please provide this information to the FLETF.

11. Please provide the "UFLPA Response Package for ███████████ This is the documentation referenced in Exhibit 14 that was submitted to U.S. Customs and Border Protection's Machinery Center for an "applicability review."

12. Please provide the following information for all Camel Group facilities located in the XUAR or Camel Group facilities employing anyone from Xinjiang from 2017 through 2023:
    a. All records of labor recruitment, accounting for all laborers during the period,
    b. Monthly total employee counts,
    c. The ethnic distribution of all employees.

13. According to Exhibit 30, there were only two people employed by Camel Renewable in all of 2017, both by the end of the year. No one named ████ is listed as being employed in 2018, even though ███████ claimed in ██ affidavit that they worked for Camel Renewable starting in April 2018. No ██ appears in the records as being employed in 2017 or 2018 at Xinjiang Battery either, despite ███████ stating that they served as general manager for that facility from March 2017 to April 2018. Why is this individual not listed among the employees of these facilities? Are there any other employees not listed in these rosters?

14. For each individual on the employee lists for Camel Group's XUAR facilities (Exhibits 29 and 30), please provide the job title and years of service.

15. Please clarify the part of the company that pertains to the employee list identified in Exhibit 29. Does Exhibit 29 consist of employees at Camel Group only?

16. In regard to the construction of the Camel Renewable facility:
    a. Who or what organization built the facility?
    b. How was the labor to build that facility recruited? Did Camel recruit the laborers for the construction?
    c. What was the timeframe in which the facility was constructed?

17. Have any Camel Group employees been sent to so-called "vocational education and training centers" between 2017 and the present?
    a. If so, please name the facilities.
    b. If so, how many employees have been sent between 2017 and the present?
    c. What affect did their departures have on the company?
    d. How did the company respond to these departures?

2

UNCLASSIFIED // BUSINESS CONFIDENTIAL

UNCLASSIFIED // BUSINESS CONFIDENTIAL

18. Does Camel Group employ workers who have previously been sent to the "vocational education and training centers" in the XUAR?

19. Regarding security information (e.g., social credit score, security rankings or scores, criminal record, record of time in vocational education and training centers, family criminal record or record of time in vocational education and training centers, religious affiliation or practice) for a citizen from an ethnic minority group, as identified in the Uyghur Forced Labor Prevention Act;
    a. What security information does Camel Group collect for its personnel records on employees at the facilities both in and outside the XUAR, including the Hubei facility?
    b. Are there any security requirements to work at a Camel Group facility in the XUAR or in any other Camel Group facility?
    c. What responsibility does Camel Group have to report security issues (related but not limited to the above list) with employees at all its (XUAR and non-XUAR) facilities to the government?

20. Please describe the security apparatus in Camel Group's facilities. For each facility both in and outside the XUAR, including the Hubei facility, please provide:
    a. How many security guards are employed?
    b. How many cameras are in the facility?
    c. How does this compare against other facilities with similar numbers of employees in or outside the XUAR? Please provide details of comparable facilities for comparison.
    d. How are the security guards for all (XUAR and non-XUAR) facilities recruited? Are any provided through government programs?
    e. Are there specific security requirements for employees considered as ethnic minorities?

21. Please provide a map of the entire supply chain(s) of all Camel Group products being produced in whole or in part in the XUAR, including movement of those products within Camel Group's own supply chain as well as movement of those products to Camel Groups' customers that receive those products. Please provide documentation, to include graphs or other visual depictions, demonstrating and explaining how Camel Group produces and/or obtains these products.

22. Please provide documentation demonstrating and explaining how Camel Group produces and/or obtains battery products ███████████████████████████████ ███████

23. How does Camel Group ensure that none of the materials ████████████ processed by the Camel Group facilities in the XUAR make it into the Camel battery supply chain for international export? Please provide any evidence within Camel Group's control that those facilities in the XUAR produce nothing for Camel Group's export supply chain.

3

UNCLASSIFIED // BUSINESS CONFIDENTIAL

UNCLASSIFIED // BUSINESS CONFIDENTIAL

24. Please state the production capacity of all products made, refined, or processed in each of Camel Group's XUAR facilities for the years 2017 to 2023.
    a. Please provide a customer list for all of these goods.

25. On page 797 of Exhibit 15, a table titled "Production Category of Key Positions" includes the key manufacturing positions of workers employed at several of Camel Group's production facilities, however it does not include the same information for Camel Group's XUAR production facilities.  Please provide a similar chart for production at Camel Group's XUAR facilities.

4

UNCLASSIFIED // BUSINESS CONFIDENTIAL