## IN THE UNITED STATES
## COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CAMEL GROUP CO., LTD.,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*;<br><br>　　　　*Defendants*. | Case No.: 25-00022 |

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

**EXHIBIT 16 - DECEMBER 20TH EMAIL**

# Jacob L. Clark

| | |
|---|---|
| **From:** | FOIA <FOIA@HQ.DHS.GOV> |
| **Sent:** | Wednesday, December 20, 2023 11:04 AM |
| **To:** | Jacob L. Clark |
| **Subject:** | EXTERNAL: RE: FOIA Request No. 2023-HQFO-02158 |

Good Morning Mr. Clark,

Thank you for reaching out to us. We appreciate your interest in these records and understand that knowing when you might be able to receive a response to your request is helpful. At this time, our general expectation is that we will be able to send you a final response in the next three to four months.

Please understand that our office handles a very large volume of requests – **in one month we respond to more requests on average than most Departments receive in a year.** In addition to handling a large volume of requests, we are also responsible for processing a variety of particularly sensitive types of records. We have a responsibility to ensure that we carefully review all of the records we process to ensure that we provide maximum transparency while withholding any exempt material that could foreseeably cause harm to a protected interest. This is a labor-intensive task that involves working with offices to ensure that any potentially responsive materials are provided to us and then conducting a page-by-page and line-by-line review of all responsive records.

We have tasked the Office of Strategy, Policy, and Plans (PLCY) for records, and they are currently conducting a search. Once we get records, we will add your case to the processing queue. It is very difficult to provide an accurate estimated date of completion until our FOIA analyst reviews records for responsiveness and we have a better sense of the number of pages and the sensitivity of the material. The Privacy Office is also processing requests related to COVID-19; many of these requesters asked and qualified for expedited processing, meaning that they are required to be placed at the front of the queue. Again, our general expectation is that we will be able to send you a final response within three to four months. Please know that this estimate may change dramatically based on the volume of work associated with our expedited COVID-19 requests and on the types of records that PLCY provides us for your request. Regardless of the specificity of your request, we cannot accurately estimate the amount of time it will take to process the record until we understand both the volume and sensitivity of the record.

While we make every effort to be responsive to requesters and hope to be able to respond to you sooner, there may be additional delays.

While we are sure this is not the response you hoped for, we hope that this information is useful to you. Please let us know if you need any additional assistance.

Regards,

Privacy Office
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Mail Stop 0655
Washington, DC 20528-065
Phone: 202-343-1743 or 866-431-0486
Fax: 202-343-4011
E-mail: foia@hq.dhs.gov
Visit our FOIA website https://www.dhs.gov/foia

**From:** Jacob L. Clark <JLClark@dickinson-wright.com>
**Sent:** Tuesday, December 19, 2023 10:45 AM

**To:** FOIA <FOIA@HQ.DHS.GOV>
**Subject:** FOIA Request No. 2023-HQFO-02158

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning,

I am writing to check on the status on FOIA Request Number: 2023-HQFO-02158.  We received DHS's Nov. 24 regarding a 10-day extension, but I see the status in the SecureRelease Portal still shows our "Request Status" as "Initial Determination."  Please provide us a status update at your earliest convenience.  Thank you!

Sincerely,

Jake

**Jacob L. Clark** Associate Attorney

| | | |
|---|---|---|
| 350 S. Main Street<br>Suite 300<br>Ann Arbor MI 48104 | Phone | 734-623-1624 |
| | Fax | 844-670-6009 |
| | Email | JLClark@dickinsonwright.com |



DICKINSONWRIGHT PLLC
ARIZONA  CALIFORNIA  COLORADO  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN
NEVADA  OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.