**IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE**

CAMEL GROUP CO., LTD.,

        *Plaintiff*,

Case No.: 25-00022

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his
official capacity as the Secretary of the
Department of Homeland Security*;
TROY A. MILLER, *in his official
capacity as the Senior Official Performing
the Duties of the Commissioner for
U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity
as Under Secretary for Office of Strategy,
Policy, and Plans and Chair of the Forced
Labor Enforcement Task Force*;

        *Defendants*.

---

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

---

**EXHIBIT 18 - FLETF MEETING AGENDA**

UNCLASSIFIED

**FLETF Meeting with Camel Group Co. Ltd.**
**UFLPA Entity List Removal Request**
**Tuesday, April 2, 2024**
**1:00 pm – 2:00 pm EDT**
**MS Teams**

**Agenda**

I. **Introductions (DHS, Camel – 5 minutes)**

II. **FLETF Opening Remarks and Review of Meeting Protocols (5 minutes)**
   ➢ ███████████ Deputy Assistant Secretary for Trade Policy and Economic Competition, U.S. Department of Homeland Security

III. **Camel Presentation (45 minutes)**

IV. **Closing Remarks (5 minutes)**

UNCLASSIFIED