IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CAMEL GROUP CO., LTD., | Case No.: 25-00022 |
| *Plaintiff*, | |
| v. | |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*; | |
| *Defendants*. | |

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

**EXHIBIT 19 - FLETF MEETING PROTOCOLS**

UNCLASSIFIED

# Meeting on Camel Group Co. Ltd. Request to be Removed from the Uyghur Forced Labor Prevention Act Entity List

## Protocols

Camel Group Co. Ltd. (Camel) submitted a request for removal from the Uyghur Forced Labor Prevention Act (UFLPA) Entity List, consistent with the procedures identified in the Notice on the Addition of Entities to the Uyghur Forced Labor Prevention Act Entity List (87 Fed. Reg. 47777).[1] The Forced Labor Enforcement Task Force (FLETF) has agreed to accept Camel's meeting request prior to voting on the removal request.

**Meeting Protocols:**

1. Camel (or its designated representative) will send a list of individuals to be invited to the meeting to FLETF.UFLPA.EntityList@hq.dhs.gov by close of business on Tuesday, March 26, 2024. This list should include participant names, titles, and emails.

2. The meeting will be held virtually on MS Teams.

3. DHS will send a meeting invitation to all participants. Participants should not forward the meeting invitation but can request that DHS add or remove participants from the calendar invitation as necessary.

4. The meeting will be conducted in English.

5. FLETF participation will include FLETF member agency representatives as well as subject matter experts, as appropriate.

6. Camel will continue to coordinate with DHS, on behalf of the FLETF, for matters related to the removal request.

7. The meeting will be structured as a listening session to allow Camel to present or highlight information that it would like the FLETF to consider.

8. There will be no audio or visual recordings of the meeting. No press engagement is permitted or invited into the meeting.

9. Camel will provide the FLETF a written record of any new information presented at the meeting by close of business on Monday, April 15, 2024 (Camel can request an extension if necessary, however an extension may delay the FLETF review process). Camel will identify information it believes should be treated as business confidential information.

10. Any follow up questions from the FLETF and answers from Camel will be provided in writing.

---

[1] Notice on the Addition of Entities to the Uyghur Forced Labor Prevention Act Entity List, 87 Fed. Reg. 47777 (August 4, 2022).

UNCLASSIFIED