# IN THE UNITED STATES
# COURT OF INTERNATIONAL TRADE

CAMEL GROUP CO., LTD.,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his
official capacity as the Secretary of the
Department of Homeland Security*;
TROY A. MILLER, *in his official
capacity as the Senior Official Performing
the Duties of the Commissioner for
U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity
as Under Secretary for Office of Strategy,
Policy, and Plans and Chair of the Forced
Labor Enforcement Task Force*;

    *Defendants*.

Case No.: 25-00022

---

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

---

**EXHIBIT 20 - APRIL 5TH LETTER**



350 S Main Street, Suite 300
Ann Arbor, MI 48104-2131
Telephone: 734-623-7075
Facsimile: 844-670-6009
http://www.dickinsonwright.com

Mark V Heusel
MHeusel@dickinsonwright.com
734-623-1908

April 5, 2024

**VIA EMAIL**

United States Forced Labor Enforcement Task Force ("FLETF" or "Task Force")
Attn: Robert Silvers, Under Secretary for Strategy, Policy, and Plans
Chair, Forced Labor Enforcement Task Force
Office of the Secretary, Office of Strategy, Policy, and Plans
Department of Homeland Security
FLETF.UFLPA.EntityList@hq.dhs.gov

   ***Re: Camel Group Co. Ltd. – FLETF April 2, 2024 Removal Petition Request Meeting Follow Up***

Dear Secretary Silvers and Honorable Members of the Task Force:

  Thank you to the FLETF, ▬▬▬▬▬▬▬▬ and all the attendees on behalf of the FLETF for your time and attention during the April 2nd meeting to discuss Camel's November 7th Removal Request Petition ("Petition"), Camel's March 1st Responses to the FLETF Questions on Camel's Petition ("Responses"), and the UFLPA Entity List removal process. We are grateful to have had the opportunity to meet with the FLETF and discuss these important topics.

  As we mentioned during the meeting, absent further questions from FLETF and/or Camel being provided its administrative record underlying the allegations, Camel is only able to address those concerns it identified on its own in the public record and as described in its Petition. Camel's Petition and Responses to the FLETF's questions fully address those allegations and FLETF has presented no evidence contradicting Camel's evidence as of the date of this letter. Additionally, we understand that FLETF does not have any further questions for Camel regarding its Petition or Responses, and that the record regarding Camel's Petition is now closed. Furthermore, Camel indicated that it had no further documents or materials to provide the FLETF other than what has already been submitted. As such, Camel does not have anything further it intends to add or submit to the FLETF on or before the April 15, 2024 deadline set by the FLETF in its Protocols for the Meeting between Camel and the FLETF ("Protocols"), No. 9. Therefore, the FLETF does not need to wait until after that April 15th deadline to begin considering or taking action on Camel's removal from the UFLPA Entity List. In fact, as we understand from our meeting, FLETF's formal consideration of Camel's Petition will be the next administrative step in this process.

  During the meeting, we noticed additional participants from the FLETF that we did not see included on the FLETF attendee list circulated by the FLETF on March 28, 2024. We request that the FLETF please provide Camel a supplemental list that includes the list of participants from the FLETF in attendance at the April 2nd meeting.

United States Forced Labor Enforcement Task Force
April 5, 2024
Page 2

Furthermore, per the Protocols, No. 9, Camel requests that its Petition and Exhibits as well as its Responses to the FLETF Questions and Attachments be treated as "Business Confidential," as they contain sensitive employee information and Camel supplier and customer information that Camel considers "Confidential."

Lastly, we were encouraged by ▇▇▇▇▇▇ when she stated that the FLETF's decision with respect to Camel's Petition seeking removal from the UFLPA Entity List was a "priority" for the Task Force. While ▇▇▇▇▇▇ did not provide a specific timeframe, we understand this to mean that the FLETF will act quickly on Camel's removal request. If, however, the FLETF does not anticipate bringing Camel's request for removal to a vote within 30 days, then Camel reiterates its previous requests for additional information regarding the removal process and the administrative record. This information will allow Camel to evaluate its next steps in this process should a decision not be forthcoming.

Thank you again for your time to meet with us and we look forward to receiving the FLETF's decision soon.

Sincerely,

*Mark V. Heusel*

Mark V. Heusel