# IN THE UNITED STATES
# COURT OF INTERNATIONAL TRADE

CAMEL GROUP CO., LTD.,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*;

    *Defendants*.

Case No.: 25-00022

---

Mark V. Heusel
Jacob L. Clark (*admission pending*)
Dickinson Wright PLLC
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
*Attorneys for Plaintiff*

---

**EXHIBIT 22 - FLETF MAY 24TH LETTER**

UNCLASSIFIED

This message is in response to your letter submitted to the FLETF on May 16, 2024, regarding Camel Group Co. Ltd.'s (Camel Group's) request for removal from the UFLPA Entity List and requesting additional information on the reasons for Camel Group's listing on the UFLPA Entity List. Provided below is a summary of the information the FLETF relied upon when considering whether to add Camel Group to the UFLPA Entity List.

The FLETF intends to issue a decision on your removal request within 30 business days. The FLETF Chair will advise you in writing of the FLETF's decision.

You also asked about the status of your FOIA request, and we recommend that you continue to engage directly with the DHS Privacy Office on this matter.

## Update on Removal Request: Camel Group

Effective August 2, 2023, goods produced in whole or in part by Camel Group Co., Ltd. ("Camel Group") are presumed prohibited from importation into the United States, subject to the rebuttable presumption identified in Section 3 of the UFLPA, following the FLETF's determination that Camel Group's actions satisfy the criteria for addition to the UFLPA Entity List under Section 2(d)(2)(B)(ii) of the UFLPA. Camel Group, headquartered in Xiangyang City, Hubei Province, is a company that specializes in battery recycling and the manufacture and sale of lead-acid batteries, lithium-ion batteries, and energy storage systems for automobiles.

The FLETF determined that there was reasonable cause to believe, based on specific and articulable information, that Camel Group is working with the government of the Xinjiang Uyghur Autonomous Region (XUAR) to receive Uyghurs and/or members of other persecuted groups from the XUAR.

The FLETF determined, based on publicly available information, that there was reasonable cause to believe Camel Group participated in Toksun County's government labor transfer program and that Camel Group received workers from Uyghur-majority areas in southern Xinjiang through a handover ceremony coordinated by the Toksun County government in Turpan Prefecture in Xinjiang. Given the information indicating Camel Group's work with the Xinjiang government to receive Uyghurs and/or members of other persecuted groups from the XUAR, the FLETF determined that Camel Group satisfied the criteria for addition to the Section 2(d)(2)(B)(ii) list of the UFLPA, specifically that Camel Group is working with the government of the XUAR to receive Uyghurs and/or members of other persecuted groups from the XUAR.

The FLETF intends to issue a decision on your removal request within 30 business days, unless Camel Group informs the FLETF within 5 business days that it would like to submit additional information in response to the factual summary provided above.