# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, pursuant to U.S. Court of International Trade Rules 4(b) and 4(h), a true copy of Camel Group Co., Ltd.'s Summons and Complaint in Case No. 1:25-cv-00022, Camel Group Co., Ltd., v. United States, et al., was served via registered mail, return receipt requested, to the following:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
26 Federal Plaza, Room 346
New York, NY  10278

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0485

Office of Chief Counsel
Commissioner Troy A. Miller
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, N.W., Suite 4.4-B
Washington, D.C. 20229

The Honorable Alejandro Mayorkas
Secretary of Homeland Security
U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Mail Stop 0525
Washington, D.C. 20528-0525

The Honorable Robert Silvers
Under Secretary for Office of Strategy, Policy, and Plans
Forced Labor Enforcement Task Force
U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Mail Stop 0525
Washington, D.C. 20528-0525

*/s/ Mark V. Heusel*