# IN THE UNITED STATES
# COURT OF INTERNATIONAL TRADE

CAMEL GROUP CO., LTD.,

        *Plaintiff*,

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his
official capacity as the Secretary of the
Department of Homeland Security*;
TROY A. MILLER, *in his official
capacity as the Senior Official Performing
the Duties of the Commissioner for
U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity
as Under Secretary for Office of Strategy,
Policy, and Plans and Chair of the Forced
Labor Enforcement Task Force*,

        *Defendants*.

Case No.:  25-00022

Hon. Lisa W. Wang

---

## CONSENT MOTION FOR ORAL ARGUMENT

Pursuant to the United States Court of International Court ("USCIT") Rules 7(c) and 56.1(e) as well as ECF 55, Plaintiff Camel Group Co., Ltd. ("Camel Group" or "Plaintiff") submits this Consent Motion for Oral Argument ("Motion") on its Rule 56.1 Motion for Judgment on the Agency Record (ECF 47 and 48) ("Rule 56.1 Motion").  On March 18, 2026, counsel for Plaintiff and Defendants United States, *et. al.* ("Defendants") conferred and Defendants have consented to the relief sought in this Motion.  Plaintiff respectfully requests the Court grant its Motion and set a time and place for oral argument in consultation with the parties as prescribed in USCIT Rule 77(c).

1

USCIT Rules 7(c) and 56.1(e) state that "[b]y motion of a party, or on its own, the court may direct oral argument on a motion for judgment on an agency record at a time and place designated as prescribed in Rule 77(c)." This Court directed the parties to file any motion for oral argument by March 19, 2026. ECF 55. Plaintiff has timely filed this Motion pursuant to the November 25, 2025 Order of this Court. ECF 55. Moreover, because this case concerns novel issues of law with respect to the Uyghur Forced Labor Prevention Act that have not been raised or dealt with previously, it is unlikely that written submissions alone will be sufficient to resolving Plaintiff's Rule 56.1 Motion. Giving the parties the opportunity to brief the Court orally and provide the Court the opportunity to ask questions to the parties on their written submissions during a live hearing would benefit the Court in its evaluation of the unique legal issues and arguments raised in Plaintiff's Rule 56.1 Motion. Lastly, Defendants do not oppose this Motion and consent to the relief sought, so no prejudice would be caused to Defendants by ordering a hearing.

For the reasons described above, Plaintiff respectfully requests this Court grant this Motion and order oral argument on Plaintiff's Rule 56.1 Motion at a time and place designated by USCIT Rule 77(c) and in consultation with the parties.

Respectfully submitted,

*/s/ Mark V. Heusel*
Mark V. Heusel
Jacob L. Clark
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1908
*Attorneys for Plaintiff*

**DATE:** March 19, 2026

2

## IN THE UNITED STATES
## COURT OF INTERNATIONAL TRADE

CAMEL GROUP CO., LTD.,

        *Plaintiff*,

v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES
CUSTOMS AND BORDER
PROTECTION; FORCED LABOR
ENFORCEMENT TASK FORCE;
ALEJANDRO MAYORKAS, *in his
official capacity as the Secretary of the
Department of Homeland Security*;
TROY A. MILLER, *in his official
capacity as the Senior Official Performing
the Duties of the Commissioner for
U.S. Customs and Border Protection*;
ROBERT SILVERS, *in his official capacity
as Under Secretary for Office of Strategy,
Policy, and Plans and Chair of the Forced
Labor Enforcement Task Force*,

        *Defendants*.

Case No.:  25-00022

Hon. Lisa W. Wang

---

### [PROPOSED] ORDER

Upon consideration of the Plaintiff's Consent Motion for Oral Argument ("Motion"), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that oral argument shall be held at a time and place to be designated upon consultation with the parties; and

**IT IS FURTHER ORDERED** that the oral argument shall be conducted in a manner that protects the Confidential and Camel Confidential Information contained in the Administrative Record pursuant to the May 21, 2025 Order of this Court (ECF 25).

**SO ORDERED.**

_____
The Honorable Judge Lisa W. Wang
United States Court of International Trade

Dated:_____

2