UNITED STATES COURT OF INTERNATIONAL TRADE
HONORABLE JUDGE LISA W. WANG

**APPEARANCE SHEET**

**Court No. 25-cv-00022-LWW**                **Oral Argument**
Jurisdiction: 28 USC § 1581(i)              May 14, 2026, at 1:00 PM
                                           Courtroom No. 1

*Camel Group Co., Ltd.*
*Plaintiff,*

*v.*

*United States, et al*
*Defendants.*

| **Party** | **Counsel** | **Firm** |
|---|---|---|
| Camel Group Co., Ltd. (Plaintiff) | Mark Heusel; Jacob Clark | Dickinson Wright PLLC |
| United States; United States Department of Homeland Security; United States Customs and Border Protection; Forced Labor Enforcement Task Force; Secretary Alejandro N. Mayorkas; Acting Commissioner Troy A. Miller; Under Secretary Robert Silvers; (Defendants) | Monica Triana | U.S. Department of Justice |